```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )        CR No. 21-578
                                    )        Washington, D.C.
        vs.                        )        January 27, 2022
                                    )        11:04 a.m.
ZACHARY WILSON (1),                 )
KELSEY LEIGH ANN WILSON (2),        )
                                    )
            Defendants.            )
_____)
```

```
        TRANSCRIPT OF SENTENCING HEARING VIA ZOOM PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:          Jacob Strain
                             DOJ-USAO
                             Lrm Atencio, Barbara
                             111 South Main Street
                             #1800
                             Salt Lake City, UT 84111
                             (801) 325-3285
                             Email: jacob.strain@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Zachary Wilson:                    Joanne D. Slaight
                                   400 7th St NW
                                   Suite 206
                                   Washington, D.C. 20004
                                   (202) 256-8969
                                   Email: jslaight@att.net


For Defendant
Kelsey Leigh Ann Wilson:           Kira Anne West
                                   LAW OFFICE OF KIRA WEST
                                   712 H St, NE
                                   Unit 509
                                   Washington, DC 20002
                                   (202) 236-2042
                                   Email: kiraannewest@gmail.com


Probation Officer:                 Jessica Reichler

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  Good morning, Your Honor.
 3    This is Criminal Case No. 21-578, United States of America
 4    versus Defendant No. 1, Zachary Wilson, Defendant No. 2,
 5    Chelsea Leigh Ann Wilson.
 6            Jacob Strain and James Pearce for the government.
 7            Joanne Slaight for Defendant Zachary Wilson.
 8            Kira West for Defendant Chelsea Wilson.
 9            And Jessica Reichler for the Probation Office.
10            Both defendants are appearing via videoconference
11    for this hearing.
12            THE COURT:  Okay.  Good morning, everyone.
13            Mr. and Ms. Wilson, good morning to both of you.
14    Can you both hear me okay?
15            DEFENDANT ZACHARY WILSON:  Yes.
16            DEFENDANT KELSEY WILSON:  Yes.
17            THE COURT:  Okay.  Terrific.
18            So we're here for sentencing this morning.  I want
19    to make sure that everybody is ready to proceed.
20            MR. STRAIN:  Yes, Your Honor, the government is
21    ready.
22            MS. SLAIGHT:  Yes, Your Honor, for Mr. Wilson,
23    Zachary Wilson.
24            MS. WEST:  Good morning, Your Honor.
25            Yes, Ms. Wilson is ready to proceed.
```

```
1              THE COURT:  Before we get going, let me confirm
2   with defense counsel, and then I'll turn to the Wilsons
3   themselves, that they are prepared to waive an in-person
4   sentencing hearing.  We are proceeding remotely this
5   morning, and I want to make sure they understand what their
6   rights are and that they're waiving their right to appear in
7   person.
8              MS. SLAIGHT:  Yes, Your Honor.  Mr. Wilson does
9   waive his right to appear in person and agrees to a remote
10  appearance for a video hearing for this sentencing.
11             MS. WEST:  Likewise, Your Honor, Mrs. Wilson also
12  waives her right to an in-person sentencing.  And I wanted
13  to thank the Court for doing this remotely with regard to
14  what's going on with the pandemic.
15             THE COURT:  So let me just confirm with the
16  Wilsons.
17             Mr. Wilson and Ms. Wilson, let me make sure
18  you understand that you have a right to an in-person
19  hearing; that is, you have a right to come to the courthouse
20  and be in the courtroom for your sentencing.
21             You understand that, Mr. Wilson?
22             DEFENDANT ZACHARY WILSON:  Yes, Your Honor.
23             THE COURT:  And, Ms. Wilson, do you understand
24  that?
25             DEFENDANT KELSEY WILSON:  Yes, Your Honor.
```

```
 1              THE COURT:  And we are, however, proceeding
 2   remotely today, and I want to make sure that this is
 3   something you're agreeing to.
 4              Mr. Wilson?
 5              DEFENDANT ZACHARY WILSON:  Yes.
 6              THE COURT:  And, Ms. Wilson?
 7              DEFENDANT KELSEY WILSON:  Yes, Your Honor.
 8              THE COURT:  Okay.
 9              So I do find that the Wilsons are knowingly and
10   voluntarily waiving their right to an in-person sentencing
11   hearing.  I further find that it is in the interest of
12   justice to proceed with sentencing remotely, given the
13   circumstances of COVID and importantly I know the Wilsons
14   are interested in bringing this matter to a close, and so
15   for that reason, it's in the interests of justice to
16   proceed.  And further, we still do have authority under the
17   CARES Act by order of the Chief Judge to proceed remotely
18   for sentencing.
19              Okay.
20              COURT REPORTER:  Judge, one second.
21              Can I ask the defendants to mute?  I think their
22   background noise is drowning you out a little bit.
23              THE COURT:  Oh, okay.
24              I'll just ask Mr. and Ms. Wilson to mute their
25   phone or whatever device they're using.  Thank you.
```

```
 1              All right.  Let me first go over what I've
 2    received and reviewed in advance of sentencing and then
 3    we'll turn to the government and then to defense counsel.
 4              Let me just first go over, as I said, what I've
 5    received on behalf of Mr. Wilson:  The Presentence
 6    Investigation Report at ECF 45, and Probation's
 7    recommendation at ECF 46, the government's memorandums in
 8    aid of sentencing at 32 -- no, I'm sorry, I misspoke, hang
 9    on -- at 49, there was the defendant's -- excuse me, the
10    defense sentencing memorandum at 47, and then the reply at
11    52.
12              On behalf of Ms. Wilson, I've received the
13    Presentence Report at 43, Probation's recommendation at 44,
14    the defendant's sentencing memo at 48, and the defendant's
15    response at 55, and the government's sentencing memo at
16    ECF 50.
17              I've received, also on behalf of Ms. Wilson, I've
18    reviewed the two letters that were submitted on her behalf.
19    And there were letters also submitted on behalf of
20    Mr. Wilson, I've reviewed those.
21              And I've also reviewed the government's
22    supplemental brief concerning 18 U.S.C. 3561 and their
23    request for a probationary sentence that includes a term of
24    imprisonment, and the legality of doing so, which is at ECF
25    53.
```

```
 1              So that's all I've received, and I'll make sure
 2    there's nothing I've missed on behalf of either defendant or
 3    on behalf of the government.
 4              MS. SLAIGHT:  That's all for Mr. Zachary Wilson,
 5    Your Honor.
 6              MS. WEST:  That's correct, Your Honor, for
 7    Mrs. Wilson.
 8              MR. STRAIN:  And nothing else from the government.
 9              THE COURT:  All right.
10              Are there any objections to the Presentence Report
11    on behalf of either defendant that have not been addressed?
12              MS. SLAIGHT:  No, Your Honor.
13              MS. WEST:  With regard to Mrs. Wilson, our
14    objection about her criminal history, I believe, has been
15    addressed.
16              THE COURT:  Right.
17              MS. WEST:  I don't know that it's been resolved.
18    But as I said, Your Honor, in my memo, that's purely an
19    academic exercise, because it would still be zero criminal
20    history points, but I thought it was important for the Court
21    to know that Ms. Wilson doesn't really understand why that's
22    there.
23              THE COURT:  Okay.
24              Well, I guess my view is that I agree it's not
25    material, at least insofar as sentencing computation,
```

1   because the Guidelines are not applicable here, so I'm not

2   being asked to consider and compute a Criminal History

3   score.

4            And if memory serves, I think that offense, to the

5   extent it was -- let me just make sure -- hang on one

6   second.  Right.  I mean, the offense was -- looks like a

7   traffic violation, maybe a little bit more than that;

8   I don't know what the Missouri law is.  But in any event,

9   it's something that happened, if it happened at all, you

10  know, almost ten years ago, more than ten years ago, and

11  so I think its significance is fairly -- even if

12  it happened, I don't think it's all that weighty a

13  consideration, let's just put it that way, okay?

14           All right.  Let's start with the government then

15  and hear from Mr. Strain.  Although I do have a question

16  about the government's argument with respect to 18 U.S.C.

17  3561, and so I don't know whether Mr. Pearce is the person

18  to address that with in the first instance.

19           MR. PEARCE:  I am, Your Honor.  I'm happy to

20  respond to any of the Court's questions on that supplemental

21  filing.

22           THE COURT:  Okay.

23           So let me just ask.  It's a strange construction

24  of a statute, because it sets down a rule, then an

25  exception, but then it includes sort of an exception to an

1    exception.

2          And I'm talking about 3561(a)(3).  And it says:

3    "A defendant who has been found guilty of an offense may be

4    sentenced to a term of probation unless the defendant is

5    sentenced at the same time to a term of imprisonment for the

6    same or different offense that is not a petty offense."

7    And the government's construction is that, as long as the

8    offense is a petty offense, then it's still eligible for a

9    term of imprisonment.

10          Can I ask -- and maybe I'm the only one to read it

11    this way, but I almost read this to suggest that the

12    eligibility for -- in a period of incarceration only for a

13    petty offense occurs -- excuse me, for -- right -- for a

14    period of incarceration only occurs for a petty offense when

15    the person is being sentenced to more than one offense.

16    In other words, you know, it says a defendant who has been

17    found guilty of an offense may be sentenced to a term of

18    probation unless the defendant is sentenced at the same time

19    to a term of imprisonment for the same or different offense.

20          So I almost read this to suggest that there have

21    to be two offenses, and it's only applicable when there are

22    two offenses which a person is being considered for

23    sentencing.

24          Mr. Pearce, am I reading that incorrectly, in your

25    view?

1          MR. PEARCE:  So I don't think it is incorrect to

2     suggest that is a reading and that I think that is certainly

3     encompassed by the adjective, "a different offense."  And so

4     we certainly wouldn't disagree that it would apply if a

5     defendant were facing multiple offenses, at least one of

6     which is a petty offense.  That, I think, would fall under

7     the terms of the statute.

8          But I think, Your Honor, quite obviously, has to

9     construe all of the words there, and I think the same has to

10    do some work as well.  And, in fact, that's exactly what the

11    Fourth Circuit relied on in the *Posley* case that we cite,

12    which, to our knowledge, is -- and, of course, we

13    acknowledge it's nonbinding here, it's out of Circuit, it's

14    unpublished, but it's the only court, one way or the other,

15    to really have dealt with this question.

16          And it, when it was dealing with a question of a

17    single petty offense where there was a term of both

18    incarceration and probation, in fact, quoted the language

19    the same and then used an ellipsis, because in that context,

20    "different" didn't make a difference, there was only one

21    petty offense which the defendant had been convicted.

22          So to give the word the same meaning, I think it

23    has to cover -- or at least our view is that it covers the

24    situation where a defendant is convicted of one.

25          It certainly also addresses or comes to --

 1            THE COURT:  I'm sorry to interrupt, but --

 2            MR. PEARCE:  Please.

 3            THE COURT:  -- how does that then explain the

 4    "at the same time" language that's found in Subsection 3?

 5            I mean, the defendant -- you know, the statute

 6    begins with, "a defendant who has been found guilty of an

 7    offense may be sentenced to a term of probation, unless he

 8    is sentenced at the same time," which suggests to me that

 9    when you're -- that there's something else happening at the

10    same sentencing, in addition to the sentencing with respect

11    to the offense to which the person has been found guilty.

12            MR. PEARCE:  So we read "at the same time" to

13    refer to the imprisonment, right.

14            So at the same time imprisonment and probation.

15    Those are the two things that the Court is -- because,

16    otherwise, again -- and I think maybe the historical piece,

17    the fact that when Congress and the Sentencing Reform Act

18    first enacted this language, it enacted "at the same time"

19    to the same or a different offense, and then added, you

20    know, subsequently, as we set out in our briefing, that is

21    not a petty offense.

22            So I think if somebody is being sentenced just for

23    one offense and let's -- not a petty offense and they get

24    imprisonment, they are not eligible for probation.

25    And that's true if they get it on the same or another

```
1    offense; in other words, the "same time" refers to the same
2    time getting both imprisonment and probation, not the same
3    time multiple offenses; or at least -- maybe this is
4    better -- at least the multiple offenses is a different
5    offense piece, at the same time to two different offenses.
6              And I will certainly concede this is not a model
7    of clear draftsmanship, but we do think that this is the
8    best reading, again, taking into account not so much the
9    legislative history, although that's relevant, but the
10   statutory history, the fact that "that is not a petty
11   offense" is added after the language that precedes it.
12             MS. SLAIGHT:  Your Honor --
13             THE COURT:  Hang on one second, Ms. Slaight.
14             MS. SLAIGHT:  Sure.
15             THE COURT:  I guess I wonder why the word "same"
16   is even in there then.  And maybe it's just to present a
17   distinction from "different," because if what you've
18   suggested is that -- why wouldn't it make more sense for the
19   statute to simply say, unless the defendant is sentenced at
20   the same time to a term of imprisonment for the offense that
21   is not a -- is not, I guess, for the offense if not a petty
22   offense?
23             MR. PEARCE:  So, again, I agree that if we were in
24   a draftsmanship class, there would have been ways that this
25   could have been written more clearly to either make clear
```

1    that, you know, there is -- the view that we have is

2    correct, we think that is the natural and best reading, but

3    one could have written it more clearly to make it absolutely

4    crystal clear that that's correct and likewise could have

5    made it absolutely crystal clear that it is not correct.

6              I don't think that gives rise to a lenity problem,

7    because, again, lenity only kicks in where we've got such

8    ambiguity.  But I don't disagree that there could have been

9    ways to draft this, perhaps avoiding the double, if not

10   triple, negative here that would have lent it -- made it

11   easier to interpret.

12             THE COURT:  Okay.

13             Just -- I'm still trying to wrap my head around

14   the construction of this statute.

15             Ms. Slaight, I think you asked to be heard on

16   this.

17             MS. SLAIGHT:  Your Honor, yes.

18             Initially I would say that your interpretation

19   agrees with the implicit interpretation of Judge Kotelly in

20   the *Spencer* case, which I had filed her opinion in that

21   case.

22             She doesn't specifically say what you said, but

23   the implication is obvious, especially the Court had

24   extensive briefing on that case and gave examples.

25             The defense filed a document -- a pleading, it was

1    ECF 69, and said exactly what you said, that it relied on --
2    that the -- that there were three ways that that clause was
3    applicable:  If the person was sentenced to a petty offense
4    and a non-petty offense, two petty offenses or two non-petty
5    offenses, well, then it wouldn't apply, but the -- the
6    wording of the statute goes to people who were sentenced to
7    more than one offense, including one which is a petty
8    misdemeanor offense.
9         And I think that if you look at the statute in
10   relation to the Sentencing Reform Act in general and 3551 --
11   and I think that they -- we -- the defense and the
12   government agree that the Sentencing Reform Act was enacted
13   largely to abolish split sentences, which is exactly what
14   the government is trying to do today, which is have split
15   sentences, even though the point of this Sentencing Reform
16   Act was to abolish them.  And the government says in its
17   pleading on page 3, in its most recent pleading, which is,
18   I believe, document 53 on page 3, that the point that a
19   major purpose of the Sentencing Reform Act was to abolish
20   split sentencing.
21        And the government and the defense also agree, as
22   the government said on page 5 of that pleading, ECF 53, that
23   it's clear that supervised release is not permitted for
24   petty misdemeanors.  So for petty misdemeanors, the statute
25   is very clear that release is not permitted.

1          If the government, if the -- in light of the fact

2     that the Sentencing Reform Act, the purpose was to eliminate

3     these split sentences, if the legislature wanted to actually

4     go back and allow for supervision after incarceration, it

5     would have changed 3583, the supervised release statute, and

6     would have said -- would have taken out that 3553(a)(3) says

7     for a Class E felony or for a misdemeanor, other than a

8     petty offense, the maximum supervised release is not more

9     than one year.  If the legislature wanted to continue --

10    wanted to change that and suddenly allow for supervision for

11    petty offenses, it would have changed the supervised release

12    statute, it wouldn't have changed the probation statute.

13          The probation statute was amended for

14    circumstances where persons are sentenced to two offenses or

15    more to allow for one offense, if it's a petty offense, for

16    the person to receive probation and the other offense to

17    receive incarceration.

18          That's the only way you can interpret that and

19    still follow the -- really, what the -- I would like -- it's

20    not plain reading of the statute, but follow the reading of

21    the statute, especially in conjunction with the supervised

22    release statute in 3551, if the government -- if the

23    legislature wanted to continue supervision, they would have

24    done it as supervised release after incarceration, which was

25    their intent of the Sentencing Reform Act.

```
 1              THE COURT:  Okay.

 2              MR. PEARCE:  May I briefly respond, very briefly,

 3   Your Honor?

 4              THE COURT:  Sure, Mr. Pierce, go ahead.

 5              MR. PEARCE:  Yeah, thank you.

 6              So I think it's certainly correct that in 1984,

 7   Congress did aim to abolish the split sentences and set that

 8   in the legislative history and did that basically across the

 9   board.

10              I also think that when Congress amended

11   3561(a)(3), it brought them back, right.  Although not

12   across the board, we certainly acknowledge that they are not

13   widely available, but they are widely available for an

14   offense that is not a petty offense.

15              And it would be particularly peculiar to read that

16   to suggest they brought it back but only in a situation

17   where there was at least two petty offenses or multiple

18   offenses, at least one of which is a petty offense.  That

19   seems a very narrow universe in which to bring that back.

20              I think, again, the more consistent reading of the

21   text, as well as the more logical rationale of bringing back

22   some term of supervision, of course, in the context of

23   probation and not supervised release, is a reading that

24   would allow the Court to split the sentences.

25              And then very briefly, and I'll keep this quite
```

1    brief, we certainly -- and I'll defer to Mr. Strain in terms

2    of the nature of the recommendation and why we make it, but

3    here, in asking for 14 days, this Court also has the ability

4    under 3653(b)(10) to impose incarceration as a condition of

5    probation.  In our view, a full 14 weeks is a brief period

6    that could be done continuously without needing to do it in

7    so-called intermittence -- intervals -- intermittent

8    confinement.  As we said, intermittent would be fine as a

9    matter of the Court's legal authority, but, of course, we

10   recognize the conditions under which we are operating in the

11   pandemic and thus we have not been pressing Courts to do

12   that, although some of your colleagues, not at the

13   government's request, have imposed those sentences.

14            MS. SLAIGHT:  All right, if I could reply.

15            THE COURT:  Sure.

16            MS. SLAIGHT:  I just point out that on page 3 of

17   the government's ECF 53, they actually talk about wording

18   for the statute, that one proposed amendment that didn't go

19   into effect, was they actually used the words, "for another

20   such offense," and I would suggest to the Court that had

21   been their intent all along, it's just poor drafting when

22   the statute was actually enacted, that they didn't include

23   those words when they finally passed the statute in

24   Congress.

25            THE COURT:  Do either defense counsel have a view

1   on the government's alternative argument; that is, with

2   respect to 18 U.S.C. 3563, that, as a condition of

3   probation, intermittent incarceration is permissible,

4   including for the brief period of confinement, that, in the

5   government's view, was sort of a week or two?

6           MS. SLAIGHT:  Your Honor, I would just say, as to

7   that section of the statute, the government, again, has, in

8   their brief at ECF 53, page 9, footnote 3, notes that the

9   point of that Section (b)(10) is not to give people split

10  sentences.  It's really to -- I would suggest it's more to

11  allow for work -- when they talk about intermittent

12  confinement, it's more to allow for people for work, it's

13  not to effect a split sentence.

14          And if you have a 14-day sentence, that is

15  effectively -- you're effectively giving somebody a split

16  sentence.  And that's what they're asking for, incarceration

17  or let's try another way to give them a split sentence

18  through this 3563(b)(10).  It was never intended for that,

19  I would suggest.  And their own brief notes that there is

20  reason to believe that that's just a way to finagle around

21  to get a split sentence which had not been intended.  That

22  should be more for allowing work release.

23          MS. WEST:  May I, Your Honor?

24          THE COURT:  Sure, Ms. West, go ahead.

25          MS. WEST:  First of all, I would like, for the

1    record, to join Ms. Slaight's reply that she filed; we would

2    take the exact same position.

3           With regard to the Court's question, does -- and

4    I'm just asking this question:  Intermittent confinement to

5    me, in other cases I've had, is where somebody is sentenced

6    to a term of imprisonment, but they have a job and they get

7    to go to the D.C. jail on Friday at 6:00, and they get out,

8    you know, Sunday night at 10:00, and they do that for

9    14 weekends or 10 weekends and that's their sentence.  To

10   me, that's intermittent.

11          But what's been happening in these cases is,

12   judges have been giving people, you know, 14 days or

13   20 days, and that person goes and spends their whole

14   20 days, they don't spend it intermittently, which I think

15   is a problem.

16          And my other issue is, would intermittent

17   confinement be the same as home confinement?  Are we not

18   trying to address the same thing with the home confinement?

19          THE COURT:  Well, I think -- yeah, I mean, the

20   issue is just what this means.

21          And we can move on shortly, but, you know, it says

22   that essentially, as a condition of probation, that

23   defendant can remain in the custody of the

24   Bureau of Prisons.  So that's by virtue of that, that means

25   confinement, not home confinement --

1          MS. WEST:  Right.

2          THE COURT:  -- during nights, weekends, or other

3    intervals of time.

4          You know, the question is, what does "other

5    intervals of time" mean?  The government's suggestion is it

6    can be a block of time, a continuous block of time, of up to

7    two weeks, I suppose, although, you know, I think the fact

8    that the other words in that sentence are all plural,

9    including nights, weekends, or other intervals of time,

10   suggests there being more than one period of incarceration.

11         I know the government suggests that, you know, the

12   singular ought to be treated as -- the plural ought to be

13   treated as singular and vice versa, though I'm not sure that

14   sort of general rule makes a lot of sense here, because

15   otherwise I suppose what this suggests is that, as a

16   condition of probation, somebody could be incarcerated for

17   one night, which would be a very odd sentence, but I

18   suppose, under the government's reading, that might be

19   allowable.

20         In any event, that's the issue, an interesting

21   one, I think, and one that we all ought to be thinking

22   about.

23         MS. SLAIGHT:  I would suggest --

24         MR. STRAIN:  Your Honor, may I just make just a

25   factual correction?

```
1               THE COURT:  Go ahead.

2               MS. SLAIGHT:  I was just going to say, I think

3     that's just a way of avoiding the prohibition on split

4     sentences --

5               THE COURT:  Yeah.

6               MS. SLAIGHT:  -- by not sentencing people for

7     the -- in intervals, which is specifically in the statute.

8               THE COURT:  Mr. Pearce.

9               MR. PEARCE:  Yeah.

10              Again, we don't think there's a prohibition on

11    split sentences as to a petty offense, but I'll leave that.

12              Just factually, to my knowledge, no court in a

13    Capitol breach case has imposed a sentence of a block of

14    15 or 20 days.  I believe Judge Nichols and Judge McFadden,

15    in cases, have imposed imprisonment under this provision and

16    have imposed it over weekends, up to, I think, in one case,

17    ten days, in another, 20, and maybe in the third, 15.

18              And so there has not been a sentence of exceeding

19    weekends.  Again, we think the statute is clear and the

20    legislative history makes clear that a week or two is fully

21    consistent with what Congress was trying to do.  But that is

22    not a factually accurate description, to my knowledge, of

23    any sentence that has yet been imposed in a Capitol breach

24    prosecution.

25              MS. WEST:  And I would just like to correct the
```

1    record there, Your Honor.

2            In my experience, in *United States versus Glenn*

3    *Croy* -- I'd have to get the Court the number --

4    Chief Judge Howell, it's a weird thing, my client was not in

5    the -- I guess he was in BOP custody, but he didn't go to a

6    Bureau of Prisons place, he went to Denver to a confinement

7    area.  And he served his straight 14 days.  It wasn't

8    intermittent.  So I don't know if that's -- just for the

9    record, I know that that's what happened, he was there for a

10   straight 14 days.

11           THE COURT:  But was he also -- was he then also on

12   probation or was it just that --

13           MS. WEST:  Yes, he also got a sentence of

14   36 months' probation.

15           So I'm really struggling with what to do with

16   those cases now.

17           THE COURT:  Okay.

18           All right.  Well, look, let's sort of move forward

19   with the sentencing, and then if I need more information on

20   this, I can -- or if I need to think about it some more,

21   I will do that.

22           But, you know, I think this is the first time it's

23   been presented to me.  This is, in fact, only the second

24   January 6th case I've actually had come to sentencing and

25   the first one in which this issue has been squarely

1     presented, so I wanted to have a conversation about it.

2              All right.  Let's move forward then and let's

3     go ahead and we'll move forward with the traditional part of

4     sentencing and start with the government's allocution.

5              MS. WEST:  Your Honor, I just wanted to let the

6     Court know the case number is 21-162 for Glenn Croy,

7     C-r-o-y.

8              THE COURT:  Okay.

9              MR. STRAIN:  Thank you, Your Honor.

10             I'll provide the Court with the sort of factual

11    background as the basis for our recommendation.  And I won't

12    go over everything in the sentencing memo, I will just

13    highlight a couple of things that should stand out in the

14    Court's decision.

15             The January 6th riot interfered with the sacred

16    tradition in America of the peaceful transition of power,

17    and the government's view is that everyone who participated

18    in the breach of the Capitol needs to be held accountable.

19             And these two defendants drove to Washington, D.C.

20    to attend the "Stop the Steal" rally, where former President

21    Trump told the crowd that the election had been stolen and

22    that in reality he had won the election in a landslide

23    victory.

24             These defendants then marched to the Capitol,

25    where they trespassed on to the grounds, they bypassed

1    barriers, they witnessed at least one man shot with tear gas

2    or pepper spray, one or the other, and then proceeded to

3    trespass into the Capitol building.

4           Mr. Wilson entered through a window, Ms. Wilson

5    entered through the Senate wing doors, just right next to

6    the window, and then they were together after that inside

7    the building the entire time.

8           And once they were inside, they went pretty much

9    everywhere in the building.  They went to the Crypt, the

10   Rotunda, the House wing, they entered Nancy Pelosi's office,

11   and they exited on the far south side of the building.

12          They spent --

13          THE COURT:  Can I interrupt you for a moment?

14          Can you just -- what does the government know

15   about entry into the Speaker's office?  In particular,

16   I guess a few things; one, how people were able to enter the

17   office?  Was, for example, the exterior door to that office

18   closed, locked in some way, and it was broken into?

19          And then, you know, I don't have a sense of what

20   the Speaker's office looks like, and I think it's probably

21   unwise to provide a description of it, but can you at least

22   say whether, within the sort of perimeter of that office,

23   there were actual members of her staff or others in that

24   space while the outer part of the office had been breached?

25          MR. STRAIN:  Judge, yes, I can answer some of

1   those questions.

2          So as far as I know, the Wilsons did not engage in

3   any violence or destruction, they didn't break in any doors.

4   So if there was a breach of Speaker Pelosi's area, the

5   Wilsons did not participate in it when -- and I had seen

6   them on camera walk up to an open door.  And I -- to be

7   clear, I am not aware that that door was broken into or --

8   maybe it was, maybe it wasn't, I'm not sure.

9          But without getting into too much description of

10  what the office looked like, it had personal decorations,

11  you know, a desk, table, windows, paintings on the wall,

12  furniture, that kind of thing.  I'm not aware --

13          THE COURT:  And was this her actual office?

14  I mean, I envision the Speaker's office as having multiple

15  -- consisting of multiple rooms.  And I know I've seen the

16  photo of another defendant with his feet up on the Speaker's

17  desk.  Is that the room in which the Wilsons were able to

18  enter and did enter?

19          MR. STRAIN:  I'm not sure, Your Honor.  They may

20  have.  We only have one -- the only -- there's no cameras

21  inside the Speaker's room.

22          THE COURT:  Right.

23          MR. STRAIN:  So we only have one video that the

24  defendant, Mr. Wilson, took.  And in that video, it does not

25  look like it's the same room as the famous picture with the

1  individual with the feet up on the desk, it doesn't -- at

2  least not to me.

3          And to circle back to the Court's other question,

4  I think this is a large space with multiple rooms and

5  multiple areas.  It's not just a single office, I think

6  there's multiple areas.  And from what I understand, there

7  were staffers that were in a conference room that they had

8  locked the door, barricaded it, and were hiding under the

9  conference room table, and they could hear rioters outside

10  banging on the door.

11          We don't have any information that the Wilsons,

12  who were part of that, that they were near that.  It's

13  unclear that that all happened in the same time and temporal

14  proximity.  I'm unable to answer that definitively, Judge.

15          THE COURT:  Okay.

16          MR. STRAIN:  But in total, they spent

17  approximately 20 minutes inside.

18          And that video that I mentioned to the Court, they

19  did take their pictures and the video from the Speaker's

20  office and they did -- Mr. Wilson did post it on Facebook.

21  And the caption on Facebook is, "First ones in, and the

22  first thing we found was Pelosi's office."

23          And then shortly after the events on that day, the

24  FBI did go to the Wilsons' house and conduct an interview of

25  them, and they both lied to the FBI multiple times.

1    To their credit, they did sit down with the FBI and speak

2    with them.  Unfortunately, they didn't tell the truth.

3    Mr. Wilson lied at least three times, mostly about

4    Ms. Wilson's involvement.  And as far as I'm aware,

5    Ms. Wilson never told the FBI that she had entered the

6    building.

7            So they did -- I want to say as well, Judge, that

8    they did provide the FBI with videos and pictures that they

9    had, and they went through some effort to get the FBI those

10   videos and pictures.  And so I don't want to suggest that

11   they didn't actually try.  They did try.

12           And the Wilsons wore no tactical gear, they didn't

13   have any goggles on, they carried no weapons, they were

14   cooperative during the arrest process, and they complied

15   with their release conditions.

16           And given all these factors, Judge, those are the

17   factors that leads the United States to recommend the

18   14 days' incarceration, followed by 36 months' probation.

19           THE COURT:  Let me ask, factors among the factors

20   you've identified, to the extent the U.S. Attorney's Office

21   has recommended either straight probation or home

22   confinement for others, how do you, in your view -- what

23   facts in this case set this case -- these defendants apart

24   from those as to whom probation and/or home confinement has

25   been recommended?

1                MR. STRAIN:  I think the four main factors that

2      drive the United States' recommendation are the witness --

3      the witnessing of violence.  As I said, they saw a man who

4      was pepper sprayed, they walked right past him.  They

5      entered a private office, a private area of the Capitol, a

6      sensitive area of the Capitol.  They posted a video from

7      that area on Facebook and bragged about it, and then they

8      lied to the FBI about it.  Those are the main four reasons.

9                THE COURT:  Okay.

10               Anything else, Mr. Strain?

11               MR. STRAIN:  No, Your Honor.  Thank you.

12               THE COURT:  All right.

13               Why don't we begin with Ms. Slaight and hear her

14     on behalf of Mr. Wilson.

15               MS. SLAIGHT:  Yes, Your Honor.

16               I would first ask that Mr. Wilson be allowed to

17     read his statement into the record before I speak.

18               THE COURT:  If you want to do it in reverse order

19     than we traditionally do, if that's how you want to do it,

20     that's fine.

21               MS. SLAIGHT:  Yes.

22               THE COURT:  Okay.

23               So, Mr. Wilson, at this time, your lawyer has said

24     that you'd like to read a statement into the record, and you

25     can go ahead and do that.

1              DEFENDANT ZACHARY WILSON:  Okay.  I just want to
2    say --
3              THE COURT:  And, Mr. Wilson, can I interrupt you?
4              DEFENDANT ZACHARY WILSON:  Yes.
5              THE COURT:  Just for present purposes, could I ask
6    you to move your screen over so that I can see your full
7    face?  There you go.  Thank you.
8              DEFENDANT ZACHARY WILSON:  Okay.
9              I just want to say thank you, Your Honor, for your
10   time and consideration in my case.  I wholly and fully
11   understand the consequences of my actions last year.
12   I understand how detrimental and divisive it was for our
13   country to be in such a fragile place.  I know that what
14   I did was wrong, and I know how detrimental it was and
15   continues to be for our country, who is torn apart and
16   divided right now and how it will continue to hurt us for
17   years to come.
18              I cannot apologize enough or express remorse
19   I have for the actions that day.  I can assure you that if I
20   could take it all back, I would in a heartbeat.
21              My wife and I went to Washington, D.C. to hear
22   former President Trump and his guest speakers.  We had no
23   intention of interfering with congressional proceedings.
24   We saw the crowd and got caught up and followed them up to
25   the building.

1          I knew better and I realized that staff members

2    were in the building and I apologize to them and I apologize

3    for taking advantage of the gap in security and entering in

4    the building myself.

5          I'm incredibly sorry for my part in what is now

6    such a stain on American history.  My life and my family's

7    lives are forever marred by my actions.

8          I am not a political person by nature, and that

9    was my very first time being anywhere involved in

10   politicians [sic] and my very first time ever voting.

11         I'm a family man.  I just want to take care of my

12   family and give my kids the best life I possibly can.  If my

13   wife and I are sentenced to jail, I fear that we will lose

14   everything that we've worked for for the past decade of our

15   lives.

16         Thank you.

17         THE COURT:  Ms. Slaight, would you mind if I asked

18   Mr. Wilson a question?

19         MS. SLAIGHT:  No, Your Honor.

20         THE COURT:  I guess, Mr. Wilson -- and thank you

21   for your statement.

22         I guess what I'd like to understand is, when you

23   were there on January the 6th, what was going through your

24   mind as you were entering the Capitol building and why you

25   thought that was something that was permissible?

 1          MS. SLAIGHT:  Your Honor, Mr. Wilson -- I just

 2    want to note, did you ask why he said he thought it was

 3    permissible?

 4          THE COURT:  Right; in other words, why he --

 5          MS. SLAIGHT:  He's acknowledging that he knew it

 6    wasn't permissible.  So he's acknowledging he violated the

 7    law.

 8          THE COURT:  Right.

 9          I think my question is slightly different, at

10    least maybe I'm misunderstanding.

11          I know he's acknowledging that now.  I assume at

12    the time when he actually entered the Capitol building,

13    he didn't understand it was not permissible.  Maybe I'm

14    wrong about that, and so maybe needs some clarification.

15    But if he thought it was okay to enter the Capitol building,

16    I guess the question I have is why he thought that.

17          MS. SLAIGHT:  I think that he acknowledges that he

18    knew it was wrong.  He said, I knew better, but that --

19          THE COURT:  Well, let me just ask him.

20          I mean, Mr. Wilson, when you entered the building,

21    what was your understanding at the time?  Did you believe it

22    was okay to be there, acceptable, permissible, or did you do

23    so knowing that it was not allowed?

24          DEFENDANT ZACHARY WILSON:  I think it really was

25    just kind of like a -- you know, a lack of my thought

1    process, I think, you know.

2              I did not believe it was okay.  I mean, my common

3    sense told me that it -- maybe I didn't, like, register it

4    at the moment, but afterwards, I was like, that wasn't okay,

5    you know.

6              THE COURT:  How do you explain the -- I mean, the

7    government has identified a social-media posting you made in

8    which, I think -- I don't remember the exact terms, but a

9    social-media posting in which seemed to suggest that you

10   didn't think it was wrong and you were sort of proud of your

11   actions.

12             DEFENDANT ZACHARY WILSON:  Right.

13             I mean, I didn't realize that I had broken a law

14   at the time, you know.  I didn't realize that I'd broken a

15   law.

16             I wasn't necessarily bragging, but I was just more

17   like -- I was caught up in, you know, what --

18   President Trump telling everybody that, you know, this

19   election got stolen, and he had kind of, you know, everybody

20   enraged and just -- I didn't really -- how do I explain

21   this -- like, I didn't -- I just really got up, you know.

22             And we didn't have any idea that when we were

23   going to do a march, we thought we were just there for the

24   speech.  And then when he said, yeah, turn around and march,

25   and everybody was like, yeah, let's march.  And he had

 1    already everybody so worked up.  When we got up there,

 2    I just reacted wrongly.  I really feel stupid, to be honest.

 3              And I posted to Facebook not really -- not

 4    thinking, you know.  Like more or less of I felt like it

 5    was, like, a movement-type deal.  You know, like just -- not

 6    necessarily -- yeah, when I realized it was wrong and I

 7    realized the consequence, like, the gravity of my situation

 8    and stuff, of course, I deleted it.  I was like, whoa, okay,

 9    I think I did cross a giant line there without thinking.

10              You know, and I honestly did not realize it at

11    first; that's why I posted it to social media.  I just

12    thought we were being more of like activists type, you know.

13    And when I realized literally --

14              THE COURT:  So why then not tell the truth to the

15    FBI?  I mean, according to the government, you had multiple

16    opportunities to tell the truth and you didn't, at least

17    initially.  You did eventually, but...

18              DEFENDANT ZACHARY WILSON:  I just panicked,

19    Your Honor.  I just panicked.

20              I didn't -- you know, it was a lot to take in at

21    once.  Everything happened so rapidly.

22              And, you know, I was thinking of my kids.

23    I didn't want to lose my kids.

24              THE COURT:  Is Ms. Wilson sort of whispering in

25    your ear?  If she is, I understand, but I'd rather get

1    answers from you and I'll ask her some.

2              DEFENDANT ZACHARY WILSON:  Right, right.  I'll ask

3    her to stop.  She's --

4              THE COURT:  Okay.

5              Go ahead, if you want to finish the answer.

6              DEFENDANT ZACHARY WILSON:  But, yeah, I mean,

7    I believe that I just panicked.

8              You know, seeing the FBI is a lot to take in all

9    at once and stuff.  And not knowing -- you know, you just --

10   basically, your mind just goes to the worst thing possible.

11             And I didn't know how to react.  You know,

12   honestly, I panicked.  I was worried about my wife and

13   worried about my kids, you know.

14             And -- but we did, we really did try to just help

15   the FBI, come clean.  We might not have been truthful about

16   absolutely every detail, but we weren't there to destroy or

17   hurt anybody or nothing like that.

18             THE COURT:  I'll be honest with you, you're lucky

19   the government didn't charge you with making false

20   statements to the government.  I mean, they could have done

21   that --

22             DEFENDANT ZACHARY WILSON:  Yes, Your Honor.

23             THE COURT:  -- and you could be looking at far

24   more worse consequences than you are right now.  I hope you

25   appreciate that.

1        DEFENDANT ZACHARY WILSON:  I do appreciate it very

2    much.

3        THE COURT:  Okay.

4        All right.  Ms. Slaight.

5        MS. SLAIGHT:  Your Honor, first, I want to say

6    that I think that Mr. Wilson realizes -- I think it's clear

7    that he realizes the significance of his actions, and he is

8    remorseful for that day.

9        And he has had a very difficult background, as you

10   could see from his Presentence Report.  But he really

11   insists on lifting himself up.

12       And he takes his rehabilitation seriously.  He

13   really acted on it.  After he was arrested here for this

14   case, he increases his workload actually.  His wife was

15   fired.  His feelings of panic were not unrealistic, because

16   his wife was actually fired from her job.  And he increased

17   his workload; he worked overtime.

18       He has an excellent letter from his employer,

19   saying about his -- and I think this shows really what his

20   character is, that he's unafraid to help others.  They've

21   seen him help other people at multiple times on his shift.

22       And he's continued that despite the stress of the

23   last year, the stress of this case.  And I can't -- I can't

24   emphasize enough that this has been very stressful not only

25   because his wife lost her job, he's been publicly

1   humiliated, there's been things in the press, he's always

2   worried about his family.

3          He hasn't been able to talk to his lawyer in

4   person, and I want to point out to the Court that that is

5   really problematic.  This is a very unusual thing to happen.

6   Yes, what happened on January 6th was unusual, but not being

7   able to communicate in person with your attorney is very

8   unusual.  And despite that, he's cooperated fully; he, as

9   the government has knowledged, gave the government -- made

10  every effort to give the videos to them.

11         The video that he made was only on January 6th.

12  And like other people, days later, he didn't continue to

13  post videos and say, you know, what I did was okay, I didn't

14  do anything wrong.  He -- that was only in -- unfortunately,

15  when he was there as part of the mob, that he did that.

16         So I would ask the Court to talk about when he

17  posted a statement or posted a video, it was while he was in

18  the mob.  And it is unfortunate that he made a choice to be

19  in the mob, but that it -- when he had an opportunity to

20  reflect, he didn't -- he realized what -- the actions that

21  he took.

22         And I want to address the point that the Court

23  made about him making a false statement.  And I think that

24  it's true that obviously he was panicked, but I think the

25  Court should also understand that in this jurisdiction --

```
 1   I don't know what happens in other jurisdictions, but in
 2   this jurisdiction rarely, if ever, is someone prosecuted for
 3   a false statement to the FBI.  So this -- because the agents
 4   realized, number one, that this happens, people don't have
 5   an opportunity to talk with their lawyer first, and that
 6   isn't --
 7             THE COURT:  Yeah, Ms. Slaight, you know, we
 8   could -- it's okay.  That's not a point we need to debate,
 9   but there are plenty of people that are prosecuted in this
10   jurisdiction for making false statements.
11             MS. SLAIGHT:  I'm sure there are people in this
12   jurisdiction.  But I've certainly had plenty of people who
13   have made statements that they've later retracted that were
14   not prosecuted for false statements, particularly when they
15   cooperate with the FBI and resolve their case as quickly as
16   possible.
17             Certainly, I would note the U.S. has, and it's
18   undisputed, the highest incarceration rates in the world.
19   But still, for petty misdemeanors, the standard is -- and
20   the U.S. Sentencing Guidelines doesn't keep track of petty
21   misdemeanors, I don't believe, but certainly for petty
22   misdemeanors, the standard, I would suggest, would be
23   probation in not only U.S. District Court but in courts all
24   over the country.  And I think that if the Court should take
25   that into account, that this is a petty misdemeanor.
```

1          The government -- and just one note in terms of

2     the split sentencing which I didn't bring up, is that if the

3     legislature had intended to read the statute, as the

4     government intended for the statute to be interpreted as the

5     government now says, the penalty for a petty misdemeanor

6     would actually be more punitive than for a Class A

7     misdemeanor or one-year misdemeanor, because for a Class A

8     misdemeanor, if the person was sentenced to six months'

9     incarceration, they could only get a maximum of one year

10    supervised release.  But, according to the government's

11    interpretation, if they are sentenced to six months'

12    incarceration for a petty misdemeanor, they could get five

13    years' probation.  So that doesn't make sense to me, that

14    the sentence, under the government's interpretation, would

15    be more serious for a petty misdemeanor than less serious.

16          The government in this case chose not to prosecute

17    Mr. Wilson for a felony, and they chose not to prosecute him

18    for insurrection because I believe they could not have met

19    the elements for that and they could not have gotten a

20    conviction.  They chose not to prosecute him for assaulting

21    officers because he did not do that, so they could not

22    charge him for that felony.  They chose not to prosecute him

23    for destruction-of-property felony because he, in fact,

24    didn't do that.

25          Mr. Wilson made a choice to be unlawfully in the

building, he acknowledges that, and he's fully accepting

that.   That is a petty misdemeanor.

But he also made choices that have to be

acknowledged and that are ignored in the government's

sentencing memorandum; that he chose not to be involved in

violence; that he chose not to argue with law enforcement;

that he chose not to damage property.

There were people, and we saw them, and we've seen

many of the videos, in that mob who made different choices.

He made a choice, and that choice was responsibility for a

petty misdemeanor, and that's, I would suggest to the Court,

how he should be sentenced.

Because in the U.S., we are sentenced according to

our individual responsibility, not for the actions of

others, not for the actions of people who committed those

offenses, which we all acknowledge happened.   But he did

not.   He should not be penalized for other people's choices

and other people's actions.

And the government has not explained why a

sentence of probation is inadequate, especially for a person

who was working and who could really likely lose his job if

he got a 14-day sentence, lose his job and then lose his

mortgage, lose everything, because nobody pretends that the

Wilsons are making a lot of money, they need that job, they

need both of their jobs to continue.

1          So given that, given the responsibility that he

2    took, the early plea, he's probably -- and he helped the

3    government allow for Mrs. Wilson to be surrendered as soon

4    as possible, as soon as they decided to charge her and get

5    an attorney and work out a plea in record time.  So he

6    certainly realized the severity of his actions and took

7    responsibility.

8          Given all of that --

9          THE COURT:  I'm going to ask you to wrap up if

10   you've got final words.

11         MS. SLAIGHT:  Sure.

12         Given this, probation is appropriate in this case

13   and a sentence of imprisonment would be more punitive than

14   necessary.

15         THE COURT:  Thank you, Ms. Slaight.

16         All right, Ms. West.

17         MS. WEST:  Yes, Your Honor.  Thank you.

18         The Court has an opportunity today, an incredible

19   opportunity, to promote healing not only within this family,

20   but within the country.  As the Court knows, these cases

21   are -- they're hard, these are hard cases.

22         With regard to Mrs. Wilson, I'm not going to go

23   through what I already put in my memo because I know you

24   read them.

25         But with regard to punishment, every day

1    Mrs. Wilson has to worry about her children.  Why?  Because

2    there's been threats on social media against her family.

3    And they have been consistent.  They've had to put security

4    cameras around their home.

5              THE COURT:  Ms. West, I'm going to -- can I

6    interrupt you for a second?

7              So, Mr. Wilson, can I just ask you to swing the

8    camera over to your wife while her counsel is -- there we

9    go.  Thank you.

10             MS. WEST:  Mrs. Wilson has already been fired from

11   two jobs, and has, during this time since January 6th, had

12   to find another job after being fired.

13             The first job that she was fired from, she was a

14   schoolteacher in a private Christian school where both of

15   her kids were students, and they fired her, even though she

16   hadn't pled guilty, she hadn't been sentenced, she had only

17   been charged.

18             And this is a constant, constant theme throughout

19   all these cases.  So that's punishment.  She's lost

20   friendships, and she continues to struggle every day.

21             And if the Court gives her probation, which is

22   what we've asked, it's not like she's not going to have

23   restrictions.  Her liberty is still going to be restricted

24   and she's still going to have to report.

25             I want to tell the Court that the prosecutor in

 1    this case, Jacob Strain, has been an unbelievable

 2    prosecutor.  He's given us discovery in record time, which

 3    allowed us to have a record-time plea, 40 days.  He answered

 4    all of my questions, when I had questions similar as to what

 5    the Court is asking.  And I just really wanted to thank him

 6    publicly for being so great.

 7              On a positive note with regard to punishment,

 8    Mrs. Wilson, since she's been on pretrial release, has been

 9    a model person.  In fact, her Pretrial Officer has said

10    she's just been fabulous.

11              So with regard to sentencing and the questions

12    specifically that the Court had, we're prohibited, the

13    defense lawyers, on these Capitol tours, from taking

14    pictures.  So we can't -- I can't answer that same question,

15    you know, was it an out- -- I know it was an outer office,

16    because as the Court -- I had to Google how many offices do

17    all these -- somebody like the Speaker of the House have in

18    the Capitol, but we're prohibited from taking photographs,

19    we didn't even get to see the inside, so we can't answer

20    those questions.

21              With regard to the four issues that you asked, the

22    Court, what supports your sentence of incarceration?

23    Witnessing violence, being pepper sprayed.  Mrs. Wilson

24    didn't have anything to do with that.  When she witnessed

25    it, she ran away from it.  I think that that's good conduct.

1          She did enter a private office.  But I've been on

2    a Capitol tour three times, and if it's your first time, you

3    really don't know where you're going, and Ms. Wilson told me

4    that when I discussed it with her.  She didn't post a video.

5    And I think the Court is absolutely correct that they're

6    very lucky that they've not been charged with a false

7    statement.

8          But we're not talking about somebody here with a

9    Ph.D. from Georgetown or Duke.  We're talking about somebody

10   who raises two little kids, exhausted every day, trying to

11   do the best she can.  And when the FBI shows up, all you're

12   worried about is your kids.  You're a mom.  I'm a mom, and I

13   can't say, if I were in her shoes, I wouldn't have done the

14   same thing to make sure that the police were not going to

15   take my kids.

16         Unfortunately, Your Honor, you weren't there,

17   I wasn't there, so we don't know how the FBI engaged in that

18   interview, except to say that they didn't read them their

19   rights, they didn't tell them they had a right to a lawyer,

20   and at the time she did --

21         THE COURT:  But, of course, Ms. West, you know

22   they weren't required to do that unless they were arrested.

23         MS. WEST:  I do, Your Honor.

24         But, you know, people that -- you're absolutely

25   correct, and I think that we would have lost that in a

1    motion.

2            But they don't know that.  And foremost in her

3    mind is, what is going to happen to my kids?  And that's not

4    an excuse for her conduct, but Ms. Wilson has said

5    I'm sorry, I did -- I said something that was wrong.  And

6    she went to, as I put in my memo, extraordinary lengths to

7    cooperate with the FBI, did everything they asked, and even

8    more.

9            So I think when you try to discern what sentence

10   is appropriate, based on her past conduct of what she's done

11   since January 6th, since she was arrested in this case, you

12   can be assured that she is going to be on the straight and

13   narrow, because that's all she's done is been good.

14           So with that, Your Honor, we would ask that the

15   Court exercise grace and give her a sentence of 12 months'

16   probation without any incarceration.  Thank you.

17           THE COURT:  Thank you.

18           Would Ms. Wilson like to be heard?

19           MS. WEST:  Yes, she would, Your Honor.  She has a

20   letter that she would like to read to you.

21           THE COURT:  Okay.

22           Ms. Wilson?

23           DEFENDANT KELSEY WILSON:  My name is

24   Kelsey Wilson.  I am a devoted wife and mother of two of the

25   sweetest boys that you could ever meet.

I'm a caring member of my community.  I have fed
and visited with the homeless in my neighborhood.  We have
frequently delivered cases of water and food to an area that
we know they congregate at out of our own pockets.
My husband and I even cooked up a turkey for them on
Thanksgiving.

I say all of this to hopefully help you get to
know me before you make your decision on what will
undoubtedly be one of the most life-changing things that
I will ever go through.

I know what I did on January 6th was wrong.
We got caught up in everything that had been happening over
the last year and we got swept up in the crowd.  I'm deeply
and truly sorry and embarrassed for my actions that day.
And if I could go back in time and do things differently,
without a doubt, I would do it.

I'm incredibly sorry and embarrassed that I let
myself get caught up in that mess.  I'm usually such a
levelheaded and careful person.  I've never been a
risk-taker.

My life will never be the same after this.
My family and I have received threats of violence towards us
and our property to the point we had to get security cameras
to protect ourselves and our belongings.

I have already lost not one but two jobs because

1    of my actions that day and my family's struggling.

2              We've worked so hard to break the cycle of poverty

3    and give our kids the best life that we can in a two-parent

4    household, something my husband and I did not have ourselves

5    growing up.

6              I know what we did was wrong, but please consider

7    the fact that we did not break or steal anything and we did

8    not cause harm to any police officers or security.

9              My family is truly sorry for the embarrassment

10   that we brought on our country and we will definitely pay

11   for this for the rest of our lives.  I sincerely hope that

12   you take this into consideration as you sentence us.

13             If myself or my husband are sentenced to jail

14   time, we'll lose our jobs, our home, everything we've worked

15   so hard for, and, most importantly, we'll lose our children.

16             Please, Your Honor, think about these things and

17   about how truly sorry we are as you make your decision.

18             THE COURT:  Ms. Wilson and Ms. West, can I inquire

19   of your client?

20             MS. WEST:  That's never a good idea, Your Honor.

21   But I've had many cases in front of you, and I have deep

22   respect for the Court and so okay.

23             THE COURT:  Ms. Wilson, I'll just ask the same

24   question I asked your husband, which is sort of what was

25   going through your mind, to the extent that you can convey

1    it and describe it, on January the 6th that made you go into

2    the Capitol?

3              DEFENDANT KELSEY WILSON:  Your Honor, I think a

4    lot of it just had to do with somewhat seeing everything

5    over the summer with -- you know, I love my country, I love

6    everything about it.  Seeing the cities burn and people

7    divided for the last several years and then getting there

8    and getting caught up in the crowd.  It was a stupid mistake

9    that I let myself get caught up.  I thought I was doing a

10   good thing.

11             I never went with intention of stopping any

12   proceedings or hurting anybody.  I simply got caught up in

13   it.  I made a stupid decision.

14             THE COURT:  All right.  Ms. Wilson, thank you.

15             All right.  I am going to take a few minutes,

16   collect my thoughts, and I will be back with you all

17   momentarily.  Thank you.

18             (Recess from 12:10 p.m. to 12:17 p.m.)

19             THE COURT:  Thank you, everyone, for your

20   thoughtful presentations, and the Wilsons also, for their

21   statements and their responses to my questions.

22             So ordinarily, I would be required to begin with a

23   Guidelines assessment.  I do not need to do that here,

24   obviously, because this is a Class B misdemeanor, I believe,

25   and, in any event, everyone agrees that the Guidelines don't

apply.

That said, I still am required by law to consider all the factors under 18 U.S.C. 3553(a) and impose a sentence that's sufficient but not greater than necessary to achieve the objectives of sentencing set forth in the statute.

The factors I must consider are the nature and circumstances of the offense and the history and characteristics of the defendant and the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense, to afford adequate deterrence, to protect the public, to provide the defendant with any needed educational, vocational training or medical care, and I also should consider the kinds of sentences available and the need to avoid unwarranted disparities.

Let me just begin with the nature and circumstances of the offense.  They have been described in detail, but I'll just recap them.

The Wilsons were present in Washington on January the 6th, began that day at a rally and ended up entering the Capitol building that afternoon.  Ms. Wilson entered through a door.  Mr. Wilson, as part of the crowd, entered through a window.

To their credit, they were not involved in any

1    destruction of property or any assaulting or threatening or

2    even denigrating of police officers.

3           They did, however, make their way into the

4    Speaker's office.  And they were there momentarily, but,

5    nevertheless, by being there, they contributed to the fear

6    that people in that office felt that day, and that is not

7    insignificant, I think in some sense having entered a

8    private office, and they knew it was a private office,

9    Mr. Wilson apparently knew he was in the Speaker's office,

10   because he posted on social media that he knew he was there,

11   makes their conduct a little different than others who might

12   not have entered a private office, because we do have

13   evidence here that their presence there did directly

14   contribute to the fear that people in the Speaker's office

15   felt that day.

16          They were there for about 20 minutes.  As I said,

17   Mr. Wilson did post something on social media either that

18   day or soon after, including a video of their presence at

19   the Capitol.

20          When they were confronted by the FBI, they were

21   not truthful initially.  Mr. Wilson, in fact, was not

22   truthful on three different occasions, initially denying his

23   presence at the Capitol, and ultimately denying his wife's

24   presence at the Capitol.  Ms. Wilson also denied their

25   presence inside the Capitol.

1          They did, however, much to their credit,

2    eventually begin to cooperate, did go to great lengths to

3    provide videos and other evidence of their conduct to the

4    FBI, and that deserves a lot of credit.

5          You know, I'll just say this.  And I think -- it's

6    hard to avoid getting on a soapbox in these cases, and I am

7    trying to resist doing that.  But I don't think it would be

8    appropriate to at least not let any sentencing pass without

9    reflecting on the magnitude of what occurred on January the

10   6th and how you all contributed to it.

11         This was, as the government said, a day in which

12   the tradition of this country is to transition power

13   peacefully, and that's how it's always been.  And

14   regrettably, you all made the decision to do something that

15   contributed to a transition of power that ultimately was

16   marred by violence, destruction, and death.  It's not to say

17   that either of you contributed to that directly, but your

18   presence inside the Capitol building that day certainly

19   contributed to that.

20         And, you know, that's not something that anybody

21   ought to try and downplay or suggest was not significant or

22   could be justified by events earlier in the summer.  It's

23   really not justifiable.  There's no real good explanation

24   for it, except, I think, and I've said this at my one other

25   sentencing before, which is that I think in many ways people

1   like you, the Wilsons, were, in some sense, victimized

2   yourselves.  You were told lies about election fraud, about

3   the country being taken from you.  They were lies, and

4   regrettably you believed them and you acted on them.

5          And at the end of the day, people did act

6   differently that day.  And some were certainly far more

7   culpable than the both of you are, but, nevertheless,

8   I don't want it to be lost that, in my view, anybody that

9   was in that Capitol building that day contributed to a very

10  sad and terrible day.  I think Mr. Wilson described it best:

11  As a stain on our history.

12         But defense counsel is right that I do have to

13  consider the individual characteristics, and, in fact, what

14  you all did, and I have done that individually.

15         In terms of your characteristics I will say this:

16  That both defendants, it is my view, I think you are both

17  decent people.  Do not think for a moment that I think that

18  by virtue of what you did that day, that reflects on who you

19  truly are.  I think you are decent, hard-working Americans,

20  who regrettably were caught up in something that I think if

21  you could do again, I genuinely believe you would not.

22         I think very much of your two children, eight and

23  six, I have young children of my own, and what it must be to

24  have to describe to them why mom and dad are in trouble with

25  the law.  I know that cannot be easy.

1          Mr. Wilson, I was very much taken by your life

2     story and the difficulties that you've overcome and what you

3     have made of your life.

4          Ms. Wilson, you know, I know your upbringing was

5     no walk in the park, the both of you have tried to make your

6     lives better not only for yourselves but for your children.

7     And truly, if there's anything that is American, it is that,

8     it's to try and make your lives better for your children

9     than it has been for you, and I think you all deserve a lot

10    of credit for that and my sentence will reflect that.

11         In terms of the other factors I'm supposed to

12    consider:  Promoting respect for the law and just

13    punishment, deterrence, all of that, I think, will be

14    reflected in the sentence as I've considered it.

15         I don't think there's a need to protect the public

16    from these two individuals, as there's certainly nothing

17    about them that I think suggests that they will engage in

18    criminal conduct in the future, let alone this kind of

19    criminal conduct.

20         I've considered the various cases that the

21    government has cited, I think they are different in many

22    respects, the Ericson decision in which there is a 20-day

23    sentence over weekends.  You know, the individual posed on

24    his feet -- posed at a desk with his feet on the desk and

25    took out a beer in the Speaker's office; Spencer case, the

1   person not only entered the Speaker's office but also

2   attempted to enter the House chamber.  The cases against

3   Jancart and Rau, 45 days, where both involved disorderly

4   conduct.

5           Judge Chutkan in Miller, it's a little bit closer

6   to this, it seems to me, but certainly in that case, there

7   were multiple statements by both defendants suggesting no

8   remorse or recognition of wrongdoing in the aftermath of the

9   events.

10           The one person I've sentenced, I did sentence to

11   14 days in prison, and that was Mr. Lolos.  And he, during

12   his sentencing, exhibited, well, let's just put it this way,

13   not nearly the level of contrition and acceptance of

14   responsibility that the Wilsons have here today.

15           I'm not going to accept the government's

16   sentencing recommendation of a period of incarceration;

17   however, I will sentence each of you to 24 months of

18   probation.

19           There will be a period of home incarceration for

20   each of you as part of that sentence.  For Mr. Wilson, it

21   will be 45 days; for Ms. Wilson, it will be 30 days.  That

22   difference is in recognition of the fact that Mr. Wilson did

23   make multiple false statements to law enforcement, and I

24   think that is worthy of some additional punishment.  That is

25   not the case for Ms. Wilson.

1          Those sentences, to be clear -- and this will be

2   clear in my ultimate sentencing -- that is, your periods of

3   home detention -- if I said incarceration, I meant to say

4   home detention -- home detention will allow you to be

5   outside the house for, among other things, employment and

6   the like.  And I will also add to that -- well, home

7   detention will allow you to be outside the home for

8   employment so you will not lose your jobs.  I don't want

9   anything here to be -- anything to be done here that would

10  cause you to lose your employment.

11          I also will want to make clear in the sentencing,

12  in the judgment, that these periods of time will be served

13  consecutively; in other words, Mr. Wilson and Ms. Wilson

14  won't be serving their home detention periods at the same

15  time.  Once one completes their home detention, the other

16  will then start.  I don't want to put the family in a

17  position where both parents are unable to help the children

18  and get them to where they need to go and do the things that

19  they need to do in terms of their daily lives and to cause

20  the least amount of disruption to their lives as we can.  So

21  let me just -- I'll also include a component of community

22  service for both of you of 60 hours as part of the sentence.

23          But let me go ahead and just formally enter the

24  sentence and all of its terms and conditions.

25          With respect to Mr. Wilson, as I said, it is the

1    judgment of the Court that you'll be sentenced to a term of

2    24 months of probation.  In addition, you'll be ordered to

3    pay a special assessment of $10 in accordance with

4    18 United States Code 3013.

5            While on supervision, you shall abide by the

6    mandatory conditions, as well as the standard conditions of

7    supervision which are imposed to establish the basic

8    expectations for your conduct while on supervision.  Those

9    mandatory conditions include not committing any other

10   federal, state, or local crime; not -- you shall not

11   unlawfully possess a controlled substance; you must refrain

12   from unlawful use of a controlled substance; you also must

13   make restitution in accordance with 18 U.S.C. 3663 and

14   3663(a).  And in this case, I think you all have agreed to a

15   restitution amount of $500.

16           The Court will authorize supervision and

17   jurisdiction of this case to be transferred to the

18   United States District Court for the Western District of

19   Missouri.

20           Is that where you all are both located in

21   Missouri; is that correct?

22           DEFENDANT ZACHARY WILSON:  (Nodding head.)

23           DEFENDANT KELSEY WILSON:  (Nodding head.)

24           THE COURT:  All right.  For a moment, I thought

25   you were in Salt Lake, but then I realized that's where

1    Mr. Strain is.

2              You shall comply with the following special

3    conditions:

4              You must provide the probation officer access to

5    any requested financial information and authorize the

6    release of any financial information.  The Probation Office

7    may share financial information with the

8    U.S. Attorney's Office.

9              You must complete 60 hours of community service

10   within 24 months.

11             The Probation Office will supervise the

12   participation in the program by approving the program, and

13   you must provide written verification of completed hours to

14   the Probation Officer.

15             Mr. Wilson, just because of some of the historical

16   facts of your background, you shall submit to substance

17   abuse testing to determine if you have used a prohibited

18   substance and you shall not obstruct or tamper with any

19   testing methods.  You also must undergo substance abuse

20   assessment and participate in any inpatient or outpatient

21   substance abuse treatment program and follow those rules and

22   regulations, if that program is recommended by the

23   Probation Office.

24             And also I'm going to ask the Probation Office to

25   make available to Mr. Wilson, if appropriate, any mental

1    health services that it believes are appropriate for

2    Mr. Wilson.

3         While you are on supervision, you shall not own or

4    possess or have access to a firearm, ammunition, or

5    destructive device or dangerous weapon.

6         You also shall submit to a search of your person

7    or property, house, residence, office, vehicle, papers,

8    computers or other electronic communication or data storage

9    devices or media and effects to a search conducted by the

10   Probation Office at a reasonable time and in a reasonable

11   manner based upon reasonable suspicion of contraband or

12   evidence of a violation of a condition of release.  Failure

13   to submit to a search may be grounds for revocation.  The

14   defendant shall warn any other residents that the premises

15   may be subject to search pursuant to this condition.

16        As I said, you will be on home detention for a

17   period of 45 days, to be done by GPS.  You must follow the

18   rules and regulations of a monitoring program.  The cost of

19   the program will be waived.

20        Location monitoring technology can include GPS,

21   Smartlink, or voice recognition.  This form of

22   location-monitoring technology will be used to monitor the

23   following restrictions of your movement.  You will be

24   restricted to your residence at all times except for

25   employment, education, religious services, medical,

1    substance abuse or mental health treatment, attorney visits,

2    court appearances, court-ordered obligations, or other

3    activities that are pre-approved by the Probation Office.

4            The Court finds that you don't have the ability to

5    pay a fine and therefore waives the imposition of a fine in

6    this case.

7            You shall make restitution to the Architect of the

8    Capitol in the amount of $500.  The Court determines that

9    you don't have the ability to pay interest and therefore

10   waives any interest or penalties that may accrue on the

11   balance.

12           Restitution payments shall be made to the Clerk of

13   the Court for the U.S. District Court for the

14   District of Columbia, with reimbursement to the Architect of

15   the Capitol.

16           You also shall pay the balance of the restitution

17   owed at a rate of no less than, I'll make it $50 each month,

18   and provide verification of that to the Probation Office.

19           Financial obligations are immediately payable

20   unless the Court has set a schedule, which I have, for

21   purposes of restitution to the Clerk of the Court for the

22   District of Columbia, 333 Constitution Avenue.

23           Within 30 days of any change of address, you shall

24   notify the Clerk of the Court of any change until such time

25   as the financial obligation is paid in full.

1          You shall, as I said, pay the financial penalty,

2     that is, the restitution, in accordance with the schedule of

3     payments.  You also shall notify the Court of any changes in

4     economic circumstances that might affect your ability to

5     pay.

6          The Probation Office is authorized to release the

7     Presentence Investigation Report to all appropriate

8     agencies, which includes the probation office in the

9     approved district of residence, in order to execute the

10    sentence of the Court.

11         Any treatment agencies shall return the

12    Presentence Report to the probation office upon completion

13    or termination from treatment.

14         You have the right to appeal your sentence,

15    Mr. Wilson, if the sentence imposed by the Court is longer

16    than the statutory maximum.  If you choose to appeal, you

17    must file an appeal within 14 days after the Court enters

18    judgment.

19         You also have a right to challenge the conviction

20    that's been entered or the sentence imposed if new and

21    currently unavailable information becomes available to you

22    or you believe that you have received ineffective assistance

23    of counsel in entering a plea of guilty to the offense of

24    conviction or in connection with sentencing.  If you are

25    unable to afford the cost of an appeal, you may request

1    permission from the Court of Appeals to file an appeal

2    without cost to you.

3            All right.  Ms. West, any questions or any

4    objections that you'd like to place on the record?

5            MS. WEST:  No, Your Honor.

6            But I didn't hear you say the $10 special

7    assessment.  Maybe I missed it.

8            THE COURT:  I thought I said it at the beginning,

9    but I'll say it again.

10           MS. WEST:  Okay.

11           THE COURT:  You will be ordered, Mr. Wilson, to

12   pay a Special Assessment of $10, too, okay?

13           Let me then turn to Ms. Wilson.

14           MS. WEST:  And Ms. Slaight is Mr. Wilson's lawyer.

15           THE COURT:  I'm sorry.

16           MS. WEST:  That's all right.

17           MS. SLAIGHT:  I don't have any questions either.

18           THE COURT:  All right.  I apologize for that.

19           MS. SLAIGHT:  No problem.

20           THE COURT:  So with respect to Ms. Wilson, as I

21   said, you will be sentenced to a term of 24 months'

22   probation on Count 1.  In addition, you'll be ordered to pay

23   a Special Assessment of $10 in accordance with 18 U.S.C.

24   3013.

25           While on supervision, you shall abide by the

following mandatory conditions, as well as the standard
conditions of supervision which are imposed to establish the
basic expectations for your conduct while on supervision.
Those conditions include:

Not committing another federal, state, or local
crime; you must not unlawfully possess a controlled
substance and must refrain from any unlawful use of a
controlled substance; you must submit to one drug test
within 15 days of placement on supervision and at least two
periodic drug tests thereafter as determined by the
Probation Office.

You must make restitution in accordance with
18 U.S.C. 3663 and 3663(a) or any other statute authorizing
a sentence of restitution.

The Court is authorizing supervision and
jurisdiction in this case to be transferred to the
U.S. District Court for the Western District of Missouri.

You must provide the Probation Office any access
to -- requested access to financial information, authorize
the release of any financial information.  The Probation
Office may share that financial information with the
U.S. Attorney's Office.

You shall complete 60 hours of community service
within 36 months -- excuse me, within 24 months.
The Probation Office shall supervise your participation in

1    the program by approving the program.  You must provide

2    written verification of completed hours to the probation

3    officer.

4            While on supervision, you must not own, possess,

5    or have access to a firearm, ammunition, destructive device,

6    or dangerous weapon.

7            You also shall submit to a search of your person,

8    property, house, residence, office, vehicle, papers,

9    computer, or electronic communication or data storage device

10   or other media and effects to a search conducted by the

11   Probation Office at a reasonable time and in a reasonable

12   manner based upon reasonable suspicion of contraband or

13   evidence of a violation of a condition of release.  Failure

14   to submit to search may be grounds for revocation.  You

15   shall warn other residents that the premise may be subject

16   to search pursuant to this condition.

17           You will be monitored by a form of

18   location-monitoring technology for a period of 30 days, and

19   you must follow the rules and regulations of the

20   location-monitoring program.  The cost of the program is

21   waived.

22           Location-monitoring technology, at the discretion

23   of the Probation Office, will include radiofrequency

24   monitoring, GPS monitoring, Smartlink or voice recognition.

25   This form of location-monitoring technology will be used to

1   monitor the following restriction on your movement in the

2   community.

3           You're restricted to your residence at all times

4   except for employment, education, religious services,

5   medical, substance abuse or medical treatment, attorney

6   visits, court appearances, court-ordered obligations or

7   other activities approved by the Probation Office.

8           The Court finds you don't have the ability to pay

9   a fine and therefore waives the imposition of a fine in this

10  case.

11          You're ordered to make restitution to the

12  Architect of the Capitol in the amount of $500.  The Court

13  is waiving any interest on any balance with respect to the

14  restitution.

15          The restitution payments will be made to the Clerk

16  of the Court for the U.S. District Court for the District of

17  Columbia, as I said, in the amount of $500 to the Architect

18  of the Capitol.

19          You must pay the balance of the restitution owed

20  at a rate of no less than $50 each month and provide

21  verification of the same to the Probation Office.

22          As I said, the financial obligations, including

23  the $10, are immediately payable to the Clerk of the Court

24  for the District of Columbia.

25          Within 30 days of any change of address, you shall

1   notify the Clerk of the Court of the change until such time

2   the financial is paid in full.  You shall, of course, also

3   pay the restitution according to the schedule of payments

4   I've just articulated.

5          The Probation Office is permitted to release the

6   Presentence Investigation Report to all appropriate

7   agencies, which includes the U.S. Probation Office in the

8   approved district of residence, in order to execute the

9   sentence of the Court.

10          You have the right to appeal, Ms. Wilson, if the

11   penalty -- or, excuse me, if the sentence is longer than the

12   statutory maximum.  If you choose to appeal, you must file

13   an appeal within 14 days after the Court enters judgment.

14          As defined in 28 U.S.C. 2255, you also have the

15   right to challenge the conviction that's been entered or the

16   sentence imposed if new and currently unavailable

17   information becomes available to you or on a claim that you

18   have not received effective assistance of counsel in

19   entering a plea of guilty to the offense of conviction or in

20   connection with sentencing.  If you cannot afford the cost

21   of an appeal, you may request permission from the Court to

22   file an appeal without cost to you.

23          All right.  Ms. West, I'll get this right this

24   time, any objections you'd like to place on the record?

25          MS. WEST:  None at all, Your Honor.

1          THE COURT:  So that is the formal sentence of the

2    Court.  I want to thank counsel for your presentations, both

3    written and here in person today.

4          For the Wilsons, let me just say this:

5    I appreciate that you all have reflected on what happened on

6    January 6th and are taking responsibility for it.

7          That said, as I said, I am confident that you are

8    both going to put that behind you, that you will put your

9    lives together again not only for yourselves but, more

10   importantly or as importantly, for your two young children.

11         You know, I think the hardest part of all of this,

12   frankly, is not the period of home detention or any of that,

13   it's what you all have endured so far and the fact that you

14   are going to have to explain to your kids what happened that

15   day and how their parents got caught up in something that

16   they shouldn't have.  Hopefully, hopefully, that will be a

17   lesson to them and a lesson to others about the consequences

18   of actions, no matter how innocent they may seem at the

19   time.

20         I wish the both of you the best of the luck.

21   I have every confidence that you will get through this just

22   fine and become better people for it on the other end.

23         All right.  Thank you, all, very much, and I wish

24   you all the best of luck.  Thank you.

25         COURTROOM DEPUTY:  Judge, I think the

1   Probation Office --

2           PROBATION OFFICER:  Yes.  I just ask the Wilsons

3   to hang on, because I have reporting instructions for them.

4   So if you could put us in a break-out room.

5           THE COURT:  Thank you, everyone.

6           (Proceedings concluded at 12:43 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__February 10, 2022____      _____

William P. Zaremba, RMR, CRR

COURT REPORTER: [1] 5/20
COURTROOM DEPUTY: [2] 3/2 65/25
DEFENDANT KELSEY WILSON: [6] 3/16 4/25 5/7 44/23 47/3 55/23
DEFENDANT ZACHARY WILSON: [14] 3/15 4/22 5/5 29/1 29/4 29/8 31/24 32/12 33/18 34/2 34/6 34/22 35/1 55/22
MR. PEARCE: [8] 8/19 10/1 11/2 11/12 12/23 16/2 16/5 21/9
MR. STRAIN: [10] 3/20 7/8 20/24 23/9 24/25 25/19 25/23 26/16 28/1 28/11
MS. SLAIGHT: [24] 3/22 4/8 7/4 7/12 12/12 12/14 13/17 17/14 17/16 18/6 20/23 21/2 21/6 28/15 28/21 30/19 31/1 31/5 31/17 35/5 37/11 40/11 60/17 60/19
MS. WEST: [21] 3/24 4/11 7/6 7/13 7/17 18/23 18/25 20/1 21/25 22/13 23/5 40/17 41/10 43/23 44/19 46/20 60/5 60/10 60/14 60/16 64/25
PROBATION OFFICER: [1] 66/2
THE COURT: [73]

$
$10 [5] 55/3 60/6 60/12 60/23 63/23
$50 [2] 58/17 63/20
$500 [4] 55/15 58/8 63/12 63/17

1
10 [5] 17/4 18/9 18/18 19/9 67/10
10:00 [1] 19/8
111 [1] 1/14
11:04 [1] 1/6
12 [1] 44/15
12:10 [1] 47/18
12:17 [1] 47/18
12:43 [1] 66/6
14 [7] 17/3 17/5 19/12 22/7 22/10 53/11 64/13
14 days [1] 59/17
14 days' [1] 27/18
14 weekends [1] 19/9
14-day [2] 18/14 39/22
15 [2] 21/17 61/9
15 or [1] 21/14
162 [1] 23/6
18 U.S.C [7] 6/22 8/16 18/2 48/3 55/13 60/23

18 United States [1] 55/4
1800 [1] 1/15
19 [1] 67/6
1984 [1] 16/6

2
20 [4] 21/14 21/17 26/17 49/16
20 days [2] 19/13 19/14
20-day [1] 52/22
20001 [1] 2/15
20002 [1] 2/8
20004 [1] 2/4
202 [3] 2/4 2/9 2/15
2022 [2] 1/5 67/10
2042 [1] 2/9
206 [1] 2/3
21-162 [1] 23/6
21-578 [2] 1/4 3/3
2255 [1] 64/14
236-2042 [1] 2/9
24 [5] 53/17 55/2 56/10 60/21 61/24
256-8969 [1] 2/4
27 [1] 1/5
28 [1] 64/14

3
30 days [4] 53/21 58/23 62/18 63/25
3013 [2] 55/4 60/24
32 [1] 6/8
3249 [1] 2/15
325-3285 [1] 1/16
3285 [1] 1/16
333 [2] 2/14 58/22
354-3249 [1] 2/15
3551 [2] 14/10 15/22
3553 [2] 15/6 48/3
3561 [4] 6/22 8/17 9/2 16/11
3563 [2] 18/2 18/18
3583 [1] 15/5
36 [2] 27/18 61/24
36 months' [1] 22/14
3653 [1] 17/4
3663 [4] 55/13 55/14 61/13 61/13

4
40 [1] 42/3
400 [1] 2/3
43 [1] 6/13
44 [1] 6/13
45 [4] 6/6 53/3 53/21 57/17
46 [1] 6/7
47 [1] 6/10
48 [1] 6/14
49 [1] 6/9

5
50 [1] 6/16
509 [1] 2/8
52 [1] 6/11
53 [5] 6/25 14/18 14/22

55 [1] 6/15
578 [2] 1/4 3/3

6
60 [3] 54/22 56/9 61/23
69 [1] 14/1
6:00 [1] 19/7
6th [12] 22/24 23/15 30/23 36/6 36/11 41/11 44/11 45/11 47/1 48/21 50/10 65/6

7
712 [1] 2/7
7th [1] 2/3

8
801 [1] 1/16
84111 [1] 1/15
8969 [1] 2/4

A
a.m [1] 1/6
abide [2] 55/5 60/25
ability [5] 17/3 58/4 58/9 59/4 63/8
able [4] 24/16 25/17 36/3 36/7
abolish [4] 14/13 14/16 14/19 16/7
about [32] 7/14 8/16 9/2 17/17 18/11 20/22 22/20 23/1 24/15 27/3 28/7 28/8 31/14 34/12 34/13 34/15 35/19 36/2 36/16 36/23 41/1 43/8 43/9 43/12 46/16 46/17 47/6 49/16 51/2 51/2 52/17 65/17
above [1] 67/4
above-titled [1] 67/4
absolutely [5] 13/3 13/5 34/16 43/5 43/24
abuse [5] 56/17 56/19 56/21 58/1 63/5
academic [1] 7/19
accept [1] 53/15
acceptable [1] 31/22
acceptance [1] 53/13
accepting [1] 39/1
access [5] 56/4 57/4 61/18 61/19 62/5
accordance [2] 55/3 55/13 59/2 60/23 61/12
according [4] 33/15 38/10 39/13 64/3
account [2] 12/8 37/25
accountable [1] 23/18
accrue [1] 58/10
accurate [1] 21/22
achieve [1] 48/5
acknowledge [3] 10/13 16/12 39/16
acknowledged [1] 39/4
acknowledges [2] 31/17 39/1
acknowledging [3]

across [2] 16/8 16/12
act [9] 5/17 11/17 14/10 14/12 14/16 14/19 15/2 15/25 51/5
acted [2] 35/13 51/4
actions [13] 29/11 29/19 30/7 32/11 35/7 36/20 39/14 39/15 39/18 40/6 45/14 46/1 65/18
activists [1] 33/12
activities [2] 58/3 63/7
actual [2] 24/23 25/13
actually [10] 15/3 17/17 17/19 17/22 22/24 27/11 31/12 35/14 35/16 38/6
add [1] 54/6
added [2] 11/19 12/11
addition [3] 11/10 55/2 60/22
additional [1] 53/24
address [5] 8/18 19/18 36/22 58/23 63/25
addressed [2] 7/11 7/15
addresses [1] 10/25
adequate [1] 48/12
adjective [1] 10/3
advance [1] 6/2
advantage [1] 30/3
affect [1] 59/4
afford [3] 48/12 59/25 64/20
after [11] 12/11 15/4 15/24 24/6 26/23 35/13 41/12 45/21 49/18 59/17 64/13
aftermath [1] 53/8
afternoon [1] 48/22
afterwards [1] 32/4
again [11] 11/16 12/8 12/23 13/7 16/20 18/7 21/10 21/19 51/21 60/9 65/9
against [2] 41/2 53/2
agencies [3] 59/8 59/11 64/7
agents [1] 37/3
ago [2] 8/10 8/10
agree [4] 7/24 12/23 14/12 14/21
agreed [1] 55/14
agreeing [1] 5/3
agrees [3] 4/9 13/19 47/25
ahead [7] 16/4 18/24 21/1 23/3 28/25 34/5 54/23
aid [1] 6/8
aided [1] 2/17
aim [1] 16/7
all [59] 6/1 7/1 7/4 7/9 8/9 8/12 8/14 10/9 17/14 17/21 18/25 20/8 20/21 22/18 23/2 26/13 27/16 28/12 29/20 34/8

35/4 37/23 39/16 40/8 40/16 41/19 42/4 42/17 43/11 44/13 45/7 47/14 47/15 47/16 48/3 50/10 50/14 51/14 52/9 52/13 54/24 55/14 55/20 55/24 57/24 59/7 60/3 60/16 60/18 63/3 64/6 64/23 64/25 65/5 65/11 65/13 65/23 65/23 65/24
all right [4] 17/14 40/16 60/16 60/18
allocution [1] 23/4
allow [9] 15/4 15/10 15/15 16/24 18/11 18/12 40/3 54/4 54/7
allowable [1] 20/19
allowed [3] 28/16 31/23 42/3
allowing [1] 18/22
almost [3] 8/10 9/11 9/20
alone [1] 52/18
along [1] 17/21
already [4] 33/1 40/23 41/10 45/25
also [30] 4/11 6/17 6/19 6/21 10/25 14/21 16/10 17/3 22/11 22/11 22/13 36/25 39/3 47/20 48/15 49/24 53/1 54/6 54/11 54/21 55/12 56/19 56/24 57/6 58/16 59/3 59/19 62/7 64/2 64/14
alternative [1] 18/1
although [5] 8/15 12/9 16/11 17/12 20/7
always [2] 36/1 50/13
am [9] 9/19 9/24 25/7 30/8 44/24 47/15 48/2 50/6 65/7
ambiguity [1] 13/8
amended [2] 15/13 16/10
amendment [1] 17/18
AMERICA [3] 1/3 3/3 23/16
American [2] 30/6 52/7
Americans [1] 51/19
AMIT [1] 1/10
ammunition [2] 57/4 62/5
among [2] 27/19 54/5
amount [5] 54/20 55/15 58/8 63/12 63/17
ANN [3] 1/7 2/6 3/5
Anne [1] 2/6
another [7] 11/25 17/19 18/17 21/17 25/16 41/12 61/5
answer [5] 24/25 26/14 34/5 42/14 42/19
answered [1] 42/3
answers [1] 34/1
any [42] 7/10 8/8 8/20 20/20 21/23 25/3 25/5

**A**

any... [35] 26/11 27/13 32/22 44/16 46/8 47/11 47/25 48/13 48/25 49/1 50/8 55/9 56/5 56/6 56/18 56/20 56/25 57/14 58/10 58/23 58/24 59/3 59/11 60/3 60/3 60/17 61/7 61/13 61/18 61/20 63/13 63/13 63/25 64/24 65/12

anybody [4] 34/17 47/12 50/20 51/8

anything [7] 28/10 36/14 42/24 46/7 52/7 54/9 54/9

anywhere [1] 30/9

apart [2] 27/23 29/15

apologize [4] 29/18 30/2 30/2 60/18

apparently [1] 49/9

appeal [10] 59/14 59/16 59/17 59/25 60/1 64/10 64/12 64/13 64/21 64/22

Appeals [1] 60/1

appear [2] 4/6 4/9

appearance [1] 41/14

appearances [4] 1/12 1/17 58/2 63/6

appearing [1] 3/10

applicable [3] 8/1 9/21 14/3

apply [3] 10/4 14/5 48/1

appreciate [3] 34/25 35/1 65/5

appropriate [7] 40/12 44/10 50/8 56/25 57/1 59/7 64/6

approved [4] 58/3 59/9 63/7 64/8

approving [2] 56/12 62/1

approximately [1] 26/17

Architect [4] 58/7 58/14 63/12 63/17

are [55] 3/10 4/3 4/4 4/6 5/1 5/9 5/14 7/10 8/1 9/21 11/15 11/24 15/14 16/12 16/13 17/10 19/17 20/8 27/16 28/2 28/8 30/7 30/13 34/24 37/9 37/9 37/11 38/11 39/4 39/13 39/24 40/21 40/21 46/13 46/17 48/7 51/7 51/16 51/19 51/19 51/24 52/21 54/17 55/7 55/20 57/1 57/3 58/3 58/19 59/24 61/2 63/23 65/6 65/7 65/14

area [6] 22/7 25/4 28/5 28/6 28/7 45/3

areas [2] 26/5 26/6

argue [1] 39/6

argument [2] 16/2 65/23

around [4] 13/13 18/20 32/24 41/4

arrest [1] 27/14

arrested [3] 35/13 43/22 44/11

articulated [1] 64/4

as [74] 5/21 5/24 8/23 9/10 27/19 28/16 29/5 31/2 31/19 34/1 34/2 36/16 40/9 41/7 44/14 46/23 56/24 66/2

asked [8] 8/2 13/15 30/17 41/22 42/21 44/7 46/24

asking [4] 17/3 18/16 19/4 42/5

assaulting [2] 38/20 49/1

assessment [6] 47/23 55/3 56/20 60/7 60/12 60/23

assistance [2] 59/22 64/18

assume [1] 31/11

assure [1] 29/19

assured [1] 44/12

Atencio [1] 1/14

att.net [1] 2/5

attempted [1] 53/2

attend [1] 23/20

attorney [4] 36/7 40/5 58/1 63/5

Attorney's [3] 27/20 56/8 61/22

authority [2] 5/16 17/9

authorize [3] 55/16 56/5 61/19

authorized [1] 59/6

authorizing [2] 61/13 61/15

available [6] 16/13 16/13 48/15 56/25 59/21 64/17

Avenue [2] 2/14 58/22

avoid [2] 48/16 50/6

avoiding [2] 13/9 21/3

aware [3] 25/7 25/12 27/4

away [1] 42/25

**B**

back [9] 15/4 16/11 16/16 16/19 16/21 26/3 29/20 45/15 47/16

background [4] 5/22 23/11 35/9 56/16

balance [4] 58/11 58/16 63/13 63/19

banging [1] 26/10

Barbara [1] 1/14

Barrett [1] 2/14

barricaded [1] 26/8

barriers [1] 24/1

based [3] 44/10 57/11 62/12

basic [2] 55/7 61/3

34/10

basis [1] 23/11

be [86] because [27] 7/19 8/1 8/24 10/19 11/15 12/17 13/7 20/14 35/15 35/25 37/3 38/7 38/18 38/21 38/23 39/13 39/23 40/23 41/1 42/16 44/13 45/25 47/24 49/10 49/12 56/15 66/3

become [1] 65/22

becomes [2] 59/21 64/17

been [47] 7/11 7/14 7/17 9/3 9/16 10/21 11/6 11/11 12/24 12/25 13/8 17/11 17/21 18/21 19/11 19/12 21/18 21/23 22/23 22/25 23/21 24/24 27/25 34/15 35/24 35/25 36/1 36/3 41/2 41/3 41/10 41/16 41/17 42/1 42/8 42/8 42/10 43/1 43/6 44/13 45/12 45/19 48/18 50/13 52/9 59/20 64/15

beer [1] 52/25

before [5] 1/10 4/1 28/17 45/8 50/25

began [1] 48/21

begin [4] 28/13 47/22 48/17 50/2

beginning [1] 60/8

begins [1] 11/6

behalf [9] 6/5 6/12 6/17 6/18 6/19 7/2 7/3 7/11 28/14

behind [1] 65/8

being [13] 8/2 9/15 9/22 11/22 20/10 30/9 33/12 36/6 41/12 42/6 42/23 49/5 51/3

believe [12] 7/14 14/18 18/20 21/14 31/21 32/2 34/7 37/21 38/18 47/24 51/21 59/22

believed [1] 51/4

believes [1] 57/1

belongings [1] 45/24

best [8] 12/8 13/2 30/12 43/11 46/3 51/10 65/20 65/24

better [6] 12/4 30/1 31/18 52/6 52/8 65/22

bit [3] 5/22 8/7 53/5

block [3] 20/6 20/6 21/13

board [6] 16/9 16/12 BOP [1] 22/5

both [20] 3/10 3/13 3/14 10/17 12/2 26/25 39/25 41/14 51/7 51/16 51/16 52/5 53/3 53/7 54/17 54/22 55/20 65/2 65/8 65/20

bragged [1] 28/7

bragging [1] 32/16

breach [4] 21/13 21/23 23/18 25/4

breached [1] 24/24

break [4] 25/3 46/2 46/7 66/4

break-out [1] 64/4

brief [6] 6/22 17/1 17/5 18/4 18/8 18/19

briefing [1] 11/20 13/24

briefly [3] 16/2 16/2 16/25

bring [2] 16/19 38/2

bringing [2] 5/14 16/21

broken [4] 24/18 25/7 32/13 32/14

brought [3] 16/11 16/16 46/10

building [16] 24/3 24/7 24/9 24/11 27/6 29/25 30/2 30/4 30/24 31/12 31/15 31/20 39/1 48/22 50/18 51/9

Bureau [2] 19/24 22/6

burn [1] 47/6

bypassed [1] 23/25

**C**

C-r-o-y [1] 23/7

called [1] 17/7

camera [2] 25/6 41/8

cameras [3] 25/20 41/4 45/23

can [26] 3/14 5/21 9/10 15/18 19/21 19/23 20/6 22/20 24/13 24/14 24/21 24/25 28/25 29/3 29/6 29/19 10/4 45/1 41/7 43/11 44/12 46/3 46/18 46/25 54/20 57/20

can't [6] 35/23 35/23 42/14 42/14 42/19 43/13

cannot [3] 29/18 51/25 64/20

Capitol [25] 21/13 21/23 23/18 23/24 24/3 28/5 28/6 30/24 31/12 31/15 42/13 42/18 43/2 47/2 48/22 49/19 49/23 49/24 49/25 50/18 51/9 58/8 58/15 63/12 63/18

caption [1] 26/21

care [2] 30/11 48/14

careful [1] 45/19

CARES [1] 5/17

caring [1] 45/1

carried [1] 27/13

case [27] 3/3 10/11 13/20 13/21 13/24 21/13 21/16 22/24 23/6 27/23 27/23 29/10 35/14 35/23 37/15 38/17 40/12 42/1 44/11

52/25 53/6 53/25 55/14 55/17 58/6 61/16 63/10

cases [12] 19/5 19/11 21/15 22/16 40/20 40/21 41/19 45/3 46/21 50/6 52/20 53/2

caught [9] 29/24 32/17 45/12 45/18 47/8 47/9 47/12 51/20 65/15

cause [3] 46/8 54/10 54/19

certainly [15] 10/2 10/4 10/25 12/6 16/6 16/12 17/1 37/12 37/17 37/21 40/6 50/18 51/6 52/16 53/6

Certified [1] 2/13

certify [1] 67/2

CH [1] 2/14

challenge [2] 59/19 64/15

chamber [1] 53/2

change [5] 15/10 58/23 58/24 63/25 64/1

changed [3] 15/5 15/11 15/12

changes [1] 59/3

changing [1] 45/9

character [1] 35/20

characteristics [3] 48/9 51/13 51/15

charge [3] 34/19 38/22 40/4

charged [2] 41/17 43/6

Chelsea [2] 3/5 3/8

Chief [2] 5/17 22/4

Chief Judge Howell [1] 22/4

children [8] 41/1 46/15 51/22 51/23 52/6 52/8 54/17 65/10

choice [4] 36/18 38/25 39/10 39/10

choices [2] 39/3 39/9 39/17

choose [2] 59/16 64/12

chose [7] 38/16 38/17 38/20 38/22 39/5 39/6 39/7

Christian [1] 41/14

Chutkan [1] 53/5

circle [1] 26/3

Circuit [2] 10/11 10/13

circumstances [5] 5/13 15/14 48/8 48/18 59/4

cite [1] 10/11

cited [1] 52/21

cities [1] 47/6

City [1] 1/15

claim [1] 64/17

clarification [1] 31/14

class [5] 12/24 15/7 38/6 38/7 47/24

clause [1] 14/2

clean [1] 34/15

clear [13] 12/7 12/25 13/4 13/5 14/23 14/25

clear... [7] 21/19 21/20 25/7 35/6 54/1 54/2 54/11
clearly [2] 12/25 13/3
Clerk [6] 58/12 58/21 58/24 63/15 63/23 64/1
client [2] 22/4 46/19
close [1] 5/14
closed [1] 24/18
closer [1] 53/5
Code [1] 55/4
colleagues [1] 17/12
collect [1] 47/16
COLUMBIA [5] 1/1 58/14 58/22 63/17 63/24
come [4] 4/19 22/24 29/17 34/15
comes [1] 10/25
committed [1] 39/15
committing [2] 55/9 61/5
common [1] 32/2
communicate [1] 36/7
communication [2] 57/8 62/9
community [5] 45/1 54/21 56/9 61/23 63/2
complete [2] 56/9 61/23
completed [2] 56/13 62/2
completes [1] 54/15
completion [1] 59/12
complied [1] 27/14
comply [1] 56/2
component [1] 54/21
computation [1] 7/25
compute [1] 8/2
computer [2] 2/17 62/9
computer-aided [1] 2/17
computers [1] 57/8
concede [1] 12/6
concerning [1] 6/22
concluded [1] 66/6
condition [8] 17/4 18/2 19/22 20/16 57/12 57/15 62/13 62/16
conditions [10] 17/10 27/15 54/24 55/6 55/6 55/9 56/3 61/1 61/2 61/4
conduct [11] 26/24 42/25 44/4 44/10 49/11 50/3 52/18 52/19 53/4 55/8 61/3
conducted [1] 57/9 62/10
conference [2] 26/7 26/9
confidence [1] 65/21
confident [1] 65/7
confinement [12] 17/8 18/4 18/12 19/4 19/17 19/17 19/18 19/25 19/25 22/6 27/22 27/24

confronted [1] 49/20
congregate [1] 45/4
Congress [5] 11/17 16/7 16/10 17/24 21/21
congressional [1] 29/23
conjunction [1] 15/21
connection [2] 59/24 64/20
consecutively [1] 54/13
consequence [1] 33/7
consequences [3] 29/11 34/24 65/17
consider [7] 8/2 46/6 48/2 48/7 48/15 51/13 52/12
consideration [3] 8/13 29/10 46/12
considered [3] 9/22 52/14 52/20
consistent [3] 16/20 21/21 41/3
consisting [1] 25/15
constant [1] 41/18 41/18
Constitution [2] 2/14 58/22
construction [3] 8/23 9/7 13/14
construe [1] 10/9
context [2] 10/19 16/22
continue [5] 15/9 15/23 29/16 36/12 39/25
continued [2] 2/1 35/22
continues [2] 29/15 41/20
continuous [1] 20/6
continuously [1] 17/6
contraband [2] 57/11 62/12
contribute [1] 49/14
contributed [1] 49/5 50/10 50/15 50/17 50/19 51/9
contrition [1] 53/13
controlled [4] 55/11 55/12 61/6 61/8
conversation [1] 23/1
convey [1] 46/25
convicted [2] 10/21 10/24
conviction [5] 38/20 59/19 59/24 64/15 64/19
cooked [1] 45/5
cooperate [3] 37/15 44/7 50/2
cooperated [1] 36/8
cooperative [1] 27/14
correct [10] 7/6 13/2 13/4 13/5 16/6 21/25 43/5 43/25 55/21 67/3
correction [1] 20/25
cost [6] 57/18 59/25

could [25] 12/25 13/3 13/4 13/8 17/6 17/14 20/16 26/9 29/5 29/20 34/20 34/23 35/10 37/8 38/9 38/12 38/18 38/19 38/21 39/21 44/25 45/15 50/22 51/21 66/4
counsel [8] 4/2 6/3 17/25 41/8 51/12 59/23 64/18 65/2
Count [1] 60/22
Count 1 [1] 60/22
country [8] 29/13 29/15 37/24 40/20 46/10 47/5 50/12 51/3
couple [2] 23/13
course [6] 10/12 16/22 17/9 33/8 43/21 64/2
court [66] 1/1 2/12 2/13 4/13 7/20 10/14 11/15 13/23 16/24 17/3 17/20 21/12 22/3 23/6 23/10 26/18 36/4 36/16 36/22 36/25 37/23 37/24 39/11 40/18 40/20 41/21 41/25 42/5 42/12 42/16 42/22 43/5 44/15 46/22 55/1 55/16 55/18 58/2 58/2 58/4 58/8 58/13 58/13 58/20 58/21 58/24 59/3 59/10 59/15 59/17 60/1 61/15 61/17 63/6 63/6 63/8 63/12 63/16 63/16 63/23 64/1 64/9 64/13 64/21 65/2 67/7
Court's [5] 8/20 17/9 19/3 23/14 26/3
court-ordered [2] 58/2 63/6
courthouse [1] 4/19
courtroom [1] 4/20
courts [2] 17/11 37/23
cover [1] 10/23
covers [1] 10/23
COVID [5] 5/13 67/6
COVID-19 [1] 67/6
CR [1] 1/4
credit [5] 27/1 48/25 50/1 50/4 52/10
crime [2] 55/10 61/6
criminal [6] 3/3 7/14 7/19 8/2 52/18 52/19 54/11 17/25 42/13 51/12
defer [1] 17/1
defined [1] 64/14
definitely [1] 46/10
definitively [1] 26/14
deleted [1] 33/8
delivered [1] 45/3
denied [1] 49/24
denigrating [1] 49/2
Denver [1] 22/6
denying [1] 49/22 49/23
describe [2] 47/1 51/24
described [2] 48/18 51/10

D.C [6] 1/5 2/4 2/15 19/7 23/19 29/21
dad [1] 51/24
daily [1] 54/19
damage [1] 39/7
dangerous [2] 57/5 62/6
data [2] 57/8 62/9
Date [1] 67/10
day [23] 18/14 26/23 29/19 35/8 39/22 40/25 41/20 43/10 45/14 46/1 48/21 49/6 49/15 49/18 50/11 50/18 51/5 51/6 51/9 51/10 51/18 52/22 65/15
days' [1] 27/18
DC [1] 2/8
deal [1] 33/5
dealing [1] 10/16
dealt [1] 10/15
death [1] 50/16
debate [1] 37/8
decade [1] 30/14
decent [2] 51/17 51/19
decided [1] 40/4
decision [6] 23/14 45/8 46/17 47/13 50/14 52/22
decorations [1] 25/10
deep [1] 46/21
deeply [1] 45/13
defendant [24] 2/2 2/6 3/4 3/4 3/7 3/8 7/2 7/11 9/3 9/4 9/16 9/18 10/5 10/21 10/24 11/5 11/6 12/19 19/23 25/16 25/24 48/9 48/13 57/14
defendant's [3] 6/9 6/14 6/14
defendants [8] 1/8 3/10 5/21 23/19 23/24 27/23 51/16 53/7
defense [9] 4/2 6/3 6/10 13/25 14/11 14/21 17/25 42/13 51/12
defer [1] 17/1
defined [1] 64/14
definitely [1] 46/10
definitively [1] 26/14
deleted [1] 33/8
delivered [1] 45/3
denied [1] 49/24
denigrating [1] 49/2
Denver [1] 22/6
denying [1] 49/22 49/23
describe [2] 47/1 51/24
described [2] 48/18 51/10

Description [3] 21/22 24/21 25/9
deserve [1] 52/9
deserves [1] 50/4
desk [5] 25/11 25/17 26/1 52/24 52/24
despite [2] 35/22 36/8
destroy [1] 34/16
destruction [4] 25/3 38/23 49/1 50/16
destructive [2] 57/5 62/5
detail [2] 34/16 48/19
detention [8] 54/3 54/4 54/4 54/7 54/14 54/15 57/16 65/12
determine [1] 56/17
determined [1] 61/10
determines [1] 58/8
deterrence [2] 48/12 52/13
detrimental [2] 29/12 29/14
device [4] 5/25 57/5 62/5 62/9
devices [1] 57/5
devoted [1] 44/24
did [46] 16/7 16/8 25/2 25/5 25/18 26/19 26/20 26/20 26/24 27/1 27/7 27/8 27/11 29/14 31/2 31/21 31/22 32/2 33/9 33/10 33/17 34/14 34/14 36/13 36/15 38/21 39/16 43/1 43/20 44/5 44/7 45/11 46/4 46/6 46/7 46/7 49/3 49/13 49/17 50/1 50/2 51/5 51/14 51/18 53/10 53/22
did you [1] 31/22
didn't [32] 10/20 17/18 17/22 22/5 25/3 27/2 27/11 27/12 31/13 32/3 32/10 32/13 32/14 32/20 32/21 32/22 33/16 33/20 33/23 34/11 34/19 36/12 36/13 36/20 38/2 38/24 42/19 42/24 43/4 43/18 43/19 60/6
difference [2] 10/20 53/22
different [13] 9/6 9/19 10/3 10/20 11/19 12/4 12/5 12/17 31/9 39/9 49/11 49/22 52/21
differently [2] 45/15 51/6
difficult [1] 35/9
difficulties [1] 52/2
directly [2] 49/13 50/17
disagree [2] 10/4 13/8
discern [1] 44/9
discovery [1] 42/2
discretion [1] 62/2
discussed [1] 43/4
disorderly [1] 53/3

**D**

disparities [1] 48/16
disruption [1] 54/20
distinction [1] 12/17
district [16] 1/1 1/1
1/11 37/23 55/18 55/18
58/13 58/14 58/22 59/9
61/17 61/17 63/16
63/16 63/24 64/8
District Court [1]
55/18
divided [2] 29/16 47/7
divisive [1] 29/12
do [44] 4/23 5/9 5/16
8/15 10/10 12/7 14/14
17/6 17/11 17/25 19/8
21/21 22/15 22/21
27/22 28/18 28/19
28/19 28/25 31/22 32/6
32/20 32/23 35/1 36/14
38/21 38/24 42/16
42/24 43/11 43/22
43/23 45/15 45/16 47/4
47/23 47/23 49/12
50/14 51/12 51/17
51/21 54/18 54/19
do you [2] 27/22 32/6
document [2] 13/25
14/18
does [6] 4/8 11/3 19/3
20/4 24/14 25/24
doesn't [5] 7/21 13/22
26/1 37/20 38/13
doing [4] 4/13 6/24
47/9 50/7
DOJ [1] 1/13
DOJ-USAO [1] 1/13
don't [31] 7/17 8/8 8/12
8/17 10/1 13/6 13/8
19/14 21/10 22/8 24/19
26/11 27/10 28/13 32/8
37/1 37/4 37/21 43/3
43/17 44/2 47/25 50/7
51/8 52/15 54/8 54/16
58/4 58/9 60/17 63/8
done [9] 15/24 17/6
34/20 43/13 44/10
44/13 51/14 54/9 57/17
door [6] 24/17 25/6
25/7 26/8 26/10 48/23
doors [2] 24/5 25/3
double [1] 13/9
doubt [1] 45/16
down [2] 8/24 27/1
downplay [1] 50/21
draft [1] 13/9
drafting [1] 17/21
draftsmanship [2] 12/7
12/24
drive [1] 28/2
drove [1] 23/19
drowning [1] 5/22
drug [2] 61/8 61/10
Duke [1] 43/9
during [5] 20/2 27/14
41/11 53/11 67/5

each [4] 53/17 53/20
58/17 63/20
ear [1] 33/25
earlier [1] 50/22
early [1] 40/2
easier [1] 13/11
easy [1] 51/25
ECF [8] 6/6 6/7 6/16
6/24 14/1 14/22 17/17
18/8
ECF 50 [1] 6/16
economic [1] 59/4
education [2] 57/25
63/4
educational [1] 48/14
effect [2] 17/19 18/13
effective [1] 64/18
effectively [2] 18/15
18/15
effects [2] 57/9 62/10
effort [2] 27/9 36/10
eight [1] 51/22
either [8] 7/2 7/11
12/25 17/25 27/11
49/17 50/17 60/17
election [4] 23/21
23/22 32/19 51/2
electronic [2] 57/8
62/9
elements [1] 38/19
eligibility [1] 9/12
eligible [2] 9/8 11/24
eliminate [1] 15/2
ellipsis [1] 10/19
else [3] 7/8 11/9 28/10
Email [1] 1/16 2/5 2/9
embarrassed [2] 45/14
45/17
embarrassment [1]
46/9
emphasize [1] 35/24
employer [1] 35/18
employment [5] 54/5
54/8 54/10 57/25 63/4
enacted [4] 11/18
11/18 14/12 17/22
encompassed [1] 10/3
end [2] 51/5 65/22
ended [1] 48/21
endured [1] 65/13
enforcement [2] 39/6
53/23
engage [2] 25/2 52/17
engaged [1] 43/17
enough [2] 29/18
35/24
enraged [1] 32/20
enter [7] 24/16 25/18
25/18 31/15 43/1 53/2
54/23
entered [14] 24/4 24/5
24/10 27/5 28/5 31/12
31/20 48/22 48/23 49/7
49/12 53/11 59/20 64/19
entering [5] 30/3 30/24
48/21 59/23 64/19
enters [2] 59/17 64/13

entry [1] 24/15
envision [1] 25/14
Ericson [1] 52/22
especially [3] 13/23
15/21 39/20
essentially [1] 19/22
establish [2] 55/7 61/2
even [8] 8/11 12/16
14/15 41/15 42/19 44/7
45/5 49/2
event [3] 8/8 20/20
47/25
events [3] 26/23 50/22
53/9
eventually [2] 33/17
50/2
ever [4] 30/10 37/2
44/25 45/10
every [6] 34/16 36/10
40/25 41/20 43/10
65/21
everybody [5] 3/19
32/18 32/19 32/25 33/1
everyone [5] 3/12
23/17 47/19 47/25 66/5
everything [9] 23/12
30/14 33/21 39/23 44/7
45/12 46/14 47/4 47/6
everywhere [1] 24/9
evidence [4] 49/13
50/3 57/12 62/13
exact [2] 19/2 32/8
exactly [3] 10/10 14/1
14/13
example [1] 24/17
examples [1] 13/24
exceeding [1] 21/18
excellent [1] 35/18
except [4] 43/18 50/24
57/24 63/4
exception [3] 8/25 8/25
9/1
excuse [5] 6/9 9/13
44/4 61/24 64/11
execute [2] 59/9 64/8
exercise [2] 7/19 44/15
exhausted [1] 43/10
exhibited [1] 53/12
exited [1] 24/11
expectations [2] 55/8
61/3
experience [1] 22/2
explain [4] 11/3 32/6
32/20 65/14
explained [1] 39/19
explanation [1] 50/23
express [1] 29/18
extensive [1] 13/24
extent [3] 8/5 27/20
46/25
exterior [1] 24/17
extraordinary [1] 44/6

**F**

fabulous [1] 42/10
face [1] 29/7
Facebook [1] 26/20

facing [1] 10/5
fact [14] 10/10 10/18
11/17 12/10 15/1 20/7
22/23 38/23 42/9 46/7
49/21 51/13 53/22
65/13
factors [2] 27/16 27/17
27/19 27/19 28/1 48/3
48/7 52/11
facts [2] 27/23 56/16
factual [2] 20/25 23/10
factually [2] 21/12
21/22
Failure [2] 57/12 62/13
fairly [1] 8/11
fall [1] 10/6
false [7] 34/19 36/23
37/3 37/10 37/14 43/6
53/23
family [8] 30/11 30/12
36/2 40/19 41/2 45/22
46/9 54/16
family's [2] 30/6 46/1
famous [1] 25/25
far [6] 24/11 25/2 27/4
34/23 51/6 65/13
FBI [17] 26/24 26/25
27/1 27/5 27/8 27/9
28/8 33/15 34/8 34/15
37/3 37/15 43/11 43/17
44/7 49/20 50/4
fear [3] 30/13 49/5
49/14
February [1] 67/10
fed [1] 45/1
federal [2] 55/10 61/5
feel [1] 33/2
feelings [1] 35/15
feet [4] 25/16 26/1
52/24 52/24
felony [4] 15/7 38/17
38/22 38/23
felt [3] 33/4 49/6 49/15
few [2] 24/16 47/15
file [4] 59/17 60/1
64/12 64/22
filed [3] 13/20 13/25
19/1
filing [1] 8/21
finagle [1] 18/20
final [1] 40/10
finally [1] 17/23
financial [11] 56/5 56/6
56/7 58/19 58/25 59/1
61/19 61/20 61/21
63/22 64/2
find [3] 5/9 5/11 41/12
finds [2] 58/4 63/8
fine [7] 17/8 28/20 58/5
58/5 63/9 63/9 65/22
finish [1] 19/5
firearm [2] 57/4 62/5
fired [6] 35/15 35/16
41/10 41/12 41/13
41/15
first [17] 6/1 6/4 8/18
11/18 18/25 22/22

92/5 26/21 26/22
28/16 30/9 30/10 33/11
35/5 37/5 41/13 43/2
five [1] 38/12
follow [5] 15/19 15/20
56/21 57/17 62/19
followed [2] 27/18
29/24
following [4] 56/2
57/23 61/1 63/1
food [1] 45/3
footnote [1] 18/8
foregoing [1] 67/3
foremost [1] 44/2
forever [1] 30/7
form [3] 57/21 62/17
62/25
formal [1] 65/1
formally [1] 54/23
former [2] 23/20 29/22
forth [1] 48/5
forward [3] 22/18 23/2
23/3
found [6] 9/3 9/17 11/4
11/6 11/11 26/22
four [3] 28/1 28/8
42/21
Fourth [1] 10/11
fragile [1] 29/9
frankly [1] 65/12
fraud [1] 51/2
frequently [1] 45/3
Friday [1] 19/7
friendships [1] 41/20
front [1] 46/21
full [4] 17/5 29/6 58/25
64/2
fully [4] 21/20 29/10
36/8 39/1
furniture [1] 25/12
further [2] 5/11 5/16
future [1] 52/18

**G**

gap [1] 30/3
gas [1] 24/1
gave [1] 13/24 36/9
gear [1] 27/12
general [2] 14/10 20/14
genuinely [1] 51/21
Georgetown [1] 43/9
get [20] 4/1 11/23
11/25 18/21 19/6 19/7
22/3 27/9 33/25 38/9
38/12 40/4 42/19 45/7
45/18 45/23 47/9 54/18
64/23 65/21
getting [5] 12/2 25/9
47/7 47/8 50/6
giant [1] 33/9
give [9] 10/22 18/9
18/17 30/12 36/10
44/15 46/3
given [7] 5/12 27/16
40/1 40/1 40/8 40/12
42/2
gives [2] 13/6 41/21
giving [2] 18/15 19/12

**G**

Glenn [2] 22/2 23/6
gmail.com [1] 2/9
go [23] 6/1 6/4 15/4
16/4 17/18 18/24 19/7
21/1 22/5 23/3 23/12
26/24 28/25 29/7 34/5
40/22 41/9 45/10 45/15
47/1 50/2 54/18 54/23
go ahead [6] 16/4
18/24 23/3 28/25 34/5
54/23
goes [3] 14/6 19/13
34/10
goggles [1] 27/13
going [21] 4/1 4/14
21/2 30/23 32/23 40/9
40/22 41/5 41/22 41/23
41/24 43/3 43/14 44/3
44/12 46/25 47/15
53/15 56/24 65/8 65/14
good [9] 3/2 3/12 3/13
3/24 42/25 44/13 46/20
47/10 50/23
good morning [3] 3/2
3/12 3/13
Google [1] 42/16
got [12] 13/7 22/13
29/24 32/19 32/21 33/1
39/22 40/10 45/12
45/13 47/12 65/15
gotten [1] 38/19
government [31] 1/13
3/6 3/20 6/3 7/3 7/8
8/14 14/12 14/14 14/16
14/21 14/22 15/1 15/22
18/7 20/11 24/14 32/7
33/15 34/19 34/20 36/9
36/9 38/1 38/4 38/5
38/16 39/19 40/3 50/11
52/21
government's [17] 6/7
6/15 6/21 8/16 9/7
17/13 17/17 18/1 18/5
20/5 20/18 23/4 23/17
38/10 38/14 39/4 53/15
GPS [3] 57/17 57/20
62/24
grace [1] 44/15
gravity [1] 33/7
great [2] 42/6 50/2
greater [1] 48/4
grounds [3] 23/25
57/13 62/14
growing [1] 46/5
guess [8] 7/24 12/15
12/21 22/5 24/16 30/20
30/22 31/16
guest [1] 29/22
Guidelines [4] 8/1
37/20 47/23 47/25
guilty [7] 9/3 9/17 11/6
11/11 41/16 59/23
64/19

**H**

had [35] 10/21 13/20
13/23 17/20 18/21 19/5

24/2 24/5 25/10 26/7
27/5 27/9 29/22 32/13
32/19 32/25 33/15 35/9
36/19 37/12 38/3 41/3
41/11 41/16 42/4 42/12
42/16 43/19 45/12
45/23 46/21 47/4
hadn't [2] 41/16 41/16
hang [4] 6/8 8/5 12/13
66/3
happen [2] 36/5 44/3
happened [10] 8/9 8/9
8/12 22/9 26/13 33/21
36/6 39/16 65/5 65/14
happening [3] 11/9
19/11 45/12
happens [2] 37/1 37/4
happy [1] 8/19
hard [6] 40/21 40/21
46/2 46/15 50/6 51/19
hard-working [1]
51/19
hardest [1] 65/11
harm [1] 46/8
has [36] 7/14 9/3 9/16
10/8 10/9 10/23 11/6
11/11 17/3 18/7 21/13
21/18 21/23 22/25
27/21 27/24 28/23 32/7
35/9 35/18 35/24 36/9
37/17 39/19 40/18 41/1
41/10 41/11 42/1 42/8
42/9 44/4 44/19 52/9
52/21 58/20
hasn't [1] 36/3
have [92]
having [2] 25/14 49/7
he [72]
he didn't [3] 31/13
36/12 36/20
he said [3] 31/2 31/18
32/24
he's [11] 31/5 31/6
31/11 35/20 35/22
35/25 36/1 36/8 39/1
40/2 42/2
head [3] 13/13 55/22
55/23
healing [1] 40/19
health [2] 57/1 58/11
hear [6] 3/14 8/15 26/9
28/13 29/21 60/6
heard [2] 13/15 44/18
hearing [1] 1/10 3/11
4/4 4/10 4/19 5/11 67/5
heartbeat [1] 29/20
held [1] 23/18
help [5] 34/14 35/20
35/21 45/7 54/17
helped [1] 40/2
her [26] 4/12 6/18 7/14
13/20 24/23 25/13
28/13 34/1 34/3 35/16
35/25 40/4 41/1 41/2
41/8 41/15 41/15 41/21
41/23 42/9 43/4 43/13
44/2 44/4 44/10 44/15

10/13 13/10 17/3 20/14
35/13 43/8 47/23 49/13
53/14 54/9 54/9 65/3
hiding [1] 26/8
highest [1] 37/18
highlight [1] 23/13
him [9] 28/4 31/19
35/21 36/23 38/17
38/20 38/22 38/22 42/5
himself [1] 35/11
his [29] 4/9 22/7 25/16
28/17 29/22 35/7 35/10
35/12 35/14 35/14
35/15 35/16 35/17
35/18 35/19 35/19
35/21 35/25 36/2 36/3
39/21 39/22 39/22 40/6
49/22 49/23 52/24
52/24 53/12
historical [2] 11/16
56/15
history [10] 7/14 7/20
8/2 12/9 12/10 16/8
21/20 30/6 48/8 51/11
home [17] 19/17 19/18
19/25 27/21 27/24 41/4
46/14 53/19 54/3 54/4
54/4 54/6 54/7 54/14
54/15 57/16 65/12
homeless [1] 45/2
honest [3] 33/2 34/18
honestly [2] 33/10
34/12
Honor [43] 3/2 3/20
3/22 3/24 4/8 4/11 4/22
4/25 5/7 7/5 7/6 7/12
7/18 8/19 10/8 12/12
13/17 16/3 18/6 18/23
20/24 22/1 23/5 23/9
25/19 28/11 28/15 29/9
30/19 31/1 33/19 34/22
35/5 40/17 43/16 43/23
44/14 44/19 46/16
46/20 47/3 60/5 64/25
HONORABLE [1] 1/10
hope [3] 34/24 46/11
hopefully [3] 45/7
65/16 65/16
hours [5] 54/22 56/9
56/13 61/23 62/2
house [7] 24/10 26/24
42/17 53/2 54/5 57/7
62/8
household [1] 46/4
how [18] 11/3 24/16
27/22 28/19 29/12
29/14 29/16 32/6 32/20
34/11 39/12 42/16
43/17 46/17 50/10
50/13 65/15 65/18
Howell [1] 22/4
however [4] 5/1 49/3
50/1 53/17
humiliated [1] 36/1
hurt [2] 29/16 34/17
hurting [1] 47/12
husband [4] 45/5 46/4

**I**

I also [2] 48/15 54/11
I am [7] 8/19 25/7 30/8
44/24 47/15 50/6 65/7
I apologize [3] 30/2
30/2 60/18
I appreciate [1] 65/5
I assume [1] 31/11
I believe [6] 7/14 14/18
21/14 34/7 38/18 47/24
I can [4] 22/20 24/25
29/6 29/19
I can't [3] 35/23 35/23
42/14
I cannot [1] 29/18
I did [7] 29/14 32/2
33/9 36/13 44/5 45/11
53/10
I didn't [11] 32/3 32/13
32/14 32/20 32/21
33/20 33/23 34/11
36/13 38/2 60/6
I don't [11] 8/8 8/12
10/1 13/6 13/8 32/8
37/1 37/21 50/7 51/8
52/15
I don't have [2] 24/19
60/17
I guess [7] 7/24 12/15
22/5 24/16 30/20 30/22
31/16
I have [9] 29/19 31/16
45/1 45/25 46/21 51/14
51/23 65/21 66/3
I hope [1] 34/24
I just [11] 17/16 29/1
29/9 30/11 31/1 32/21
33/2 33/11 33/18 33/19
34/7
I know [13] 5/13 20/11
22/9 25/2 25/15 29/13
29/14 31/11 42/15
45/11 46/6 51/25 52/4
I love [1] 47/5
I mean [8] 8/6 11/5
25/14 31/20 32/2 33/15
34/6 34/20
I misspoke [1] 6/8
I reading [1] 9/24
I say [1] 45/7
I think [51] 8/4 10/2
10/6 10/8 10/9 10/22
11/16 13/15 14/9 14/11
16/20 19/14 20/7 20/21
21/2 22/22 26/4 26/5
28/1 31/9 31/17 31/24
32/8 33/9 35/6 35/6
35/19 36/23 36/24
37/24 42/25 43/5 43/25
47/3 49/7 50/5 50/24
50/25 51/10 51/16
51/17 51/19 51/20
51/22 52/9 52/13 52/17
52/21 55/14 65/11
65/25
I thought [4] 7/20 47/9

35/24 60/8
I understand [3] 26/6
29/12 33/25
I want [8] 3/18 4/5 5/2
35/5 36/4 36/22 41/25
65/2
I wanted [1] 23/1
I was [7] 32/4 32/16
32/17 33/22 34/12 47/9
52/1
I wasn't [1] 43/17
I will [7] 22/21 23/12
45/10 47/16 51/15
53/17 54/6
I would [1] 18/19
I'd [4] 22/3 30/22 32/14
33/25
I'll [17] 4/2 5/24 7/1
16/25 17/1 21/11 23/10
34/1 34/2 34/18 46/23
48/19 50/5 54/21 58/17
60/9 64/23
I'm [33] 6/8 8/1 8/19
9/2 9/10 11/1 11/3 13/13
19/4 20/13 22/15 25/8
25/12 25/19 26/14 27/4
30/5 30/11 31/10 31/13
37/11 40/9 40/22 41/5
43/12 44/5 45/1 45/13
45/17 45/18 52/11
53/15 56/24 60/15
I'm going [3] 40/9 41/5
56/24
I'm just [1] 19/4
I'm not [4] 8/1 25/12
40/22 53/15
I'm not sure [3] 20/13
25/8 25/19
I'm sorry [3] 6/8 44/5
60/15
I'm unable [1] 26/14
I've [21] 6/1 6/4 6/12
6/17 6/17 6/20 6/21 7/1
7/2 19/5 22/24 25/15
37/12 43/1 45/19 46/21
50/24 52/14 52/20
53/10 64/4
idea [2] 32/22 46/20
identified [2] 27/20
32/7
ignored [1] 39/4
immediately [2] 58/19
63/23
implication [1] 13/23
implicit [1] 13/19
important [1] 7/20
importantly [4] 5/13
46/15 65/10 65/10
impose [2] 17/4 48/3
imposed [11] 17/13
21/13 21/15 21/16
21/23 48/10 55/7 59/15
59/20 61/2 64/16
imposition [2] 58/5
63/9
imprisonment [12]
6/24 9/5 9/9 9/19 11/13
11/14 11/24 12/2 12/20

**I**

imprisonment... [3] 19/6 21/15 40/13
inadequate [1] 39/20
incarcerated [1] 20/16
incarceration [19] 9/12 9/14 10/18 15/4 15/17 15/24 17/4 18/3 18/16 20/10 27/18 37/18 38/9 38/12 42/22 44/16 53/16 53/19 54/3
include [6] 17/22 54/21 55/9 57/20 61/4 62/23
includes [4] 6/23 8/25 59/8 64/7
including [5] 14/7 18/4 20/9 49/18 63/22
incorrect [1] 10/1
incorrectly [1] 9/24
increased [1] 35/16
increases [1] 35/14
incredible [1] 40/18
incredibly [2] 30/5 45/17
individual [4] 26/1 39/14 51/13 52/23
individually [1] 51/14
individuals [1] 52/16
ineffective [1] 59/22
information [10] 22/19 26/11 56/5 56/6 56/7 59/21 61/19 61/20 61/21 64/17
initially [4] 13/18 33/17 49/21 49/22
innocent [1] 65/18
inpatient [1] 56/20
inquire [1] 46/18
inside [7] 24/6 24/8 25/21 26/17 42/19 49/25 50/18
insignificant [1] 49/7
insists [1] 35/11
insofar [1] 7/25
instance [1] 8/18
instructions [1] 66/3
insurrection [1] 38/18
intended [4] 18/18 18/21 38/3 38/4
intent [2] 15/25 17/21
intention [2] 29/23 47/11
interest [4] 5/11 58/9 58/10 63/13
interested [1] 5/14
interesting [1] 20/20
interests [1] 5/15
interfered [1] 23/15
interfering [1] 29/23
intermittence [1] 17/17
intermittent [8] 17/7 17/8 18/3 18/11 19/4 19/10 19/16 22/8
intermittently [1] 19/14
interpret [2] 13/11 15/18
interpretation [4] 13/18 13/19 38/11

interpreted [1] 38/4
interrupt [4] 11/1 24/13 29/3 41/6
intervals [5] 17/7 20/3 20/5 20/9 21/7
interview [1] 26/24 43/18
Investigation [3] 6/6 59/7 64/6
involved [4] 30/9 39/5 48/25 53/3
involvement [1] 27/4
is [154]
isn't [1] 37/6
issue [4] 19/16 19/20 20/20 22/25
issues [1] 42/21
it [126]
it happened [2] 8/9 8/12
it would be [2] 16/15 50/7
it's [41] 5/15 7/17 7/24 8/9 8/12 8/23 9/8 9/21 10/13 10/13 10/13 10/14 12/16 14/23 15/15 15/19 16/6 17/21 18/10 18/10 18/12 18/12 22/4 22/22 24/20 25/25 26/5 26/12 35/6 36/24 37/8 37/17 41/22 43/2 50/5 50/13 50/16 50/22 52/8 53/5 65/13
its [4] 8/11 14/16 14/17 54/24

**J**

Jacob [3] 1/13 3/6 42/1
jacob.strain [1] 1/16
jail [3] 19/7 30/13 46/13
James [1] 3/6
Jancart [1] 53/3
January [13] 1/5 22/24 23/15 30/23 36/6 36/11 41/11 44/11 45/11 47/1 48/20 50/9 65/6
Jessica [2] 2/11 3/8
Joanne [2] 2/2 3/7
Joanne Slaight [1] 3/7
job [8] 19/6 35/16 35/25 39/21 39/22 39/24 41/12 41/13
jobs [5] 39/25 41/11 45/25 46/14 54/8
join [1] 19/1
jslaight [1] 2/5
JUDGE [13] 1/11 5/17 5/20 13/19 21/14 21/14 22/4 24/25 26/14 27/7 27/16 53/5 65/25
Judge Chutkan [1] 53/5
Judge McFadden [1] 21/14
Judge Nichols [1] 21/14

judges [3] 1/1 21/3
judgment [4] 54/12 55/1 59/18 64/13
jurisdiction [6] 36/25 37/2 37/10 37/12 55/17 61/16
jurisdictions [1] 37/1
just [67] 4/15 5/24 6/4 8/5 8/13 8/23 11/22 12/16 13/13 17/16 17/21 18/6 18/20 19/14 19/20 20/24 20/24 21/2 21/3 21/12 21/25 22/8 22/12 23/5 23/12 24/5 24/14 26/5 29/1 29/5 29/9 30/11 31/1 31/19 31/25 32/16 32/20 32/21 32/23 33/2 33/5 33/11 33/18 33/19 34/7 34/9 34/10 34/14 38/1 41/7 42/5 42/10 46/23 47/4 48/1 48/17 48/19 50/5 52/12 53/12 54/21 54/23 56/15 64/4 65/4 65/21 66/2
justice [2] 5/12 5/15
justifiable [1] 50/23
justified [1] 50/22

**K**

keep [2] 16/25 37/20
KELSEY [3] 1/7 2/6 44/24
Kelsey Wilson [1] 44/24
kicks [1] 13/7
kids [11] 30/12 33/22 33/23 34/13 41/15 43/10 43/12 43/15 44/3 46/3 65/14
kind [4] 25/12 31/25 32/19 52/18
kinds [1] 48/15
Kira [3] 2/6 2/7 3/8
Kira West [1] 3/8
kiraannewest [1] 2/9
knew [7] 30/1 31/5 31/18 31/18 49/8 49/9 49/10
know [71]
knowing [2] 31/23 34/9
knowingly [1] 5/9
knowledge [3] 10/12 21/12 21/22
knowledged [1] 36/9
knows [1] 40/20
Kotelly [1] 13/19

**L**

lack [1] 31/25
Lake [2] 1/15 55/25
landslide [1] 23/22
language [4] 10/18 11/4 11/18 12/11
large [1] 26/4
largely [1] 14/13
last [4] 29/11 35/23 45/13 47/7

law [11] 2/7 8/8 31/7 32/13 32/15 39/6 48/2 48/11 51/25 52/12 53/23
lawyer [5] 28/23 36/3 37/5 43/19 60/14
lawyers [1] 42/13
leads [1] 27/17
least [16] 7/25 10/5 10/23 12/3 12/4 16/17 16/18 24/1 24/21 26/2 27/3 31/10 33/16 50/8 54/20 61/9
leave [1] 21/11
legal [1] 17/9
legality [1] 6/24
legislative [3] 12/9 16/8 21/20
legislature [4] 15/3 15/9 15/23 38/3
LEIGH [3] 1/7 2/6 3/5
lengths [2] 44/6 50/2
lenity [2] 13/6 13/7
lent [1] 13/10
less [4] 33/4 38/15 58/17 63/20
lesson [2] 65/17 65/17
let [19] 4/1 4/15 4/17 6/1 6/4 8/5 8/23 23/5 27/19 31/19 45/17 47/9 48/17 50/8 52/18 54/21 54/23 60/13 65/4
let's [9] 8/13 8/14 11/23 18/17 22/18 23/2 23/2 32/25 53/12
letter [2] 35/18 44/20
letters [2] 6/18 6/19
level [1] 53/13
levelheaded [1] 45/19
liberty [1] 41/23
lied [2] 26/25 27/3 28/8
lies [2] 51/2 51/3
life [7] 30/6 30/12 45/9 45/21 46/3 52/1 52/3
life-changing [1] 45/9
lifting [1] 35/11
light [1] 15/1
like [32] 8/6 15/19 18/25 21/25 24/20 25/10 25/25 28/24 30/22 31/25 32/3 32/4 32/17 32/21 32/25 33/4 33/4 33/5 33/5 33/7 33/8 33/12 34/17 36/12 41/22 42/17 44/18 44/20 51/1 54/6 60/4 64/24
likely [1] 39/21
likewise [2] 4/11 13/4
limitations [1] 67/7
line [1] 33/9
literally [1] 33/13
little [5] 5/22 8/7 43/10 49/11 53/5
lives [8] 30/7 30/15 46/11 52/6 52/8 54/19 54/20 65/9

local [2] 55/10 61/5
located [1] 55/20
location [6] 57/20 57/22 62/18 62/20 62/22 62/25
location-monitoring [5] 57/22 62/18 62/20 62/22 62/25
locked [2] 24/18 26/8
logical [1] 16/21
Lolos [1] 53/11
long [1] 9/7
longer [2] 59/15 64/11
look [3] 14/9 22/18 25/25
looked [1] 25/10
looking [1] 34/23
looks [2] 8/6 24/20
lose [10] 30/13 33/23 39/21 39/22 39/22 39/23 46/14 46/15 54/8 54/10
lost [5] 35/25 41/19 43/25 45/25 51/8
lot [7] 20/14 33/20 34/8 39/24 47/4 50/4 52/9
love [2] 47/5 47/5
Lrm [1] 1/14
luck [2] 65/20 65/24
lucky [2] 34/18 43/6

**M**

made [18] 13/5 13/10 32/7 36/9 36/11 36/18 36/23 37/13 38/25 39/3 39/9 39/10 47/1 47/13 50/14 52/3 58/12 63/15
magnitude [1] 50/9
main [3] 1/14 28/1 28/8
major [1] 14/19
make [2] 3/19 4/5 4/17 5/2 7/1 8/5 10/20 12/18 12/25 13/3 17/2 20/24 38/13 43/14 45/8 46/17 49/3 52/5 52/8 53/23 54/11 55/13 56/25 58/7 58/17 61/12 63/11
makes [3] 20/14 21/20 49/11
making [4] 34/19 36/23 37/10 39/24
man [3] 24/1 28/3 30/11
mandatory [3] 55/6 55/9 61/1
manner [2] 57/11 62/12
many [5] 39/9 42/16 46/21 50/25 52/21
march [3] 32/23 32/24 32/25
marched [1] 23/24
marred [2] 30/7 50/16
material [1] 7/25
matter [4] 5/14 17/9 65/18 67/4
maximum [4] 15/8 38/9

**M**

maximum... [2] 59/16 64/12
may [17] 9/3 9/17 11/7 16/2 18/23 20/24 25/19 56/7 57/13 57/15 58/10 59/25 61/21 62/14 62/15 64/21 65/18
maybe [13] 8/7 9/10 11/16 12/3 12/16 21/17 25/8 25/8 31/10 31/13 31/14 32/3 60/7
McFadden [1] 21/14
me [29] 3/14 4/1 4/15 4/17 6/1 6/4 6/9 8/5 8/23 9/13 11/8 19/5 19/10 22/23 26/2 27/19 31/19 32/3 38/13 43/3 45/8 48/17 53/6 54/21 54/23 60/13 61/24 64/11 65/4
mean [12] 8/6 11/5 19/19 20/5 25/14 31/20 32/2 32/6 32/13 33/15 34/6 34/20
meaning [1] 10/22
means [2] 19/20 19/24
meant [1] 54/3
mechanical [1] 2/17
media [8] 32/7 32/9 33/11 41/2 49/10 49/17 57/9 62/10
medical [4] 48/14 57/25 63/5 63/5
meet [1] 44/25
MEHTA [1] 1/10
member [1] 45/1
members [2] 24/23 30/1
memo [6] 6/14 6/15 7/18 23/12 40/23 44/6
memorandum [2] 6/10 39/5
memorandums [1] 6/7
memory [1] 8/4
mental [2] 56/25 58/1
mentioned [1] 26/18
Merit [1] 2/12
mess [1] 45/18
met [1] 38/18
methods [1] 56/19
might [4] 20/18 34/15 49/11 59/4
Miller [1] 53/5
mind [5] 30/17 30/24 34/10 44/3 46/25
minutes [3] 26/17 47/15 49/16
misdemeanor [12] 14/8 15/7 37/25 38/5 38/7 38/7 38/8 38/12 38/15 39/2 39/11 47/24
misdemeanors [5] 14/24 14/24 37/19 37/21 37/22
missed [2] 7/2 60/7
Missouri [4] 8/8 55/19 55/21 61/17

mistake [1] 47/8
misunderstanding [1] 31/10
mob [4] 36/15 36/18 36/19 39/9
model [2] 12/6 42/9
mom [3] 43/12 43/12 51/24
moment [4] 24/13 32/4 51/17 55/24
momentarily [2] 47/17 49/4
money [1] 39/24
monitor [2] 57/22 63/1
monitored [1] 62/17
monitoring [9] 57/18 57/20 57/22 62/18 62/20 62/22 62/24 62/24 62/25
month [2] 58/17 63/20
months [5] 53/17 55/2 56/10 61/24 61/24
months' [6] 22/14 27/18 38/8 38/11 44/15 60/21
more [27] 8/7 8/10 9/15 12/18 12/25 13/3 14/7 15/8 15/15 16/20 16/21 18/10 18/12 18/22 20/10 22/19 22/20 32/16 33/4 33/12 34/24 38/6 38/15 40/13 44/8 51/6 65/9
morning [6] 3/2 3/12 3/13 3/18 3/24 4/5
mortgage [1] 39/23
most [3] 14/17 45/9 46/15
mostly [1] 27/3
mother [1] 44/24
motion [1] 44/1
move [5] 19/21 22/18 23/2 23/3 29/6
movement [3] 33/5 57/23 63/1
movement-type [1] 33/5
Mr. [51] 3/13 3/22 4/8 4/17 4/21 5/4 5/24 6/5 6/20 7/4 8/15 8/17 9/24 16/4 17/1 21/8 24/4 25/24 26/20 27/3 28/10 28/14 28/16 28/23 29/3 30/18 30/20 31/1 31/20 35/6 38/17 38/25 41/7 48/23 49/9 49/17 49/21 51/10 52/1 53/11 53/20 53/22 54/13 54/25 56/1 56/15 56/25 57/2 59/15 60/11 60/14
Mr. and [2] 3/13 5/24
Mr. Lolos [1] 53/11
Mr. Pearce [3] 8/17 9/24 21/8
Mr. Pierce [1] 16/4
Mr. Strain [4] 8/15 17/1 28/10 56/1

4/8 4/17 4/21 5/4 6/5 6/20 24/4 25/24 26/20 27/3 28/14 28/16 28/23 29/3 30/18 30/20 31/1 31/20 35/6 38/17 38/25 41/7 48/23 49/9 49/17 49/21 51/10 52/1 53/13 54/25 56/15 56/25 57/2 59/15 60/11
Mr. Wilson's [1] 60/14
Mr. Zachary [1] 7/4
Mrs. [9] 4/11 7/7 7/13 40/3 40/22 41/1 41/10 42/8 42/23
Mrs. Wilson [9] 4/11 7/7 7/13 40/3 40/22 41/1 41/10 42/8 42/23
Ms. [45] 3/13 3/25 4/17 4/23 5/6 5/24 6/12 6/17 7/21 12/13 13/15 18/24 19/1 24/4 27/4 27/5 28/13 30/17 33/24 35/4 37/7 40/15 40/16 41/5 42/3 43/21 44/4 44/18 44/22 46/14 46/18 46/23 47/14 48/22 49/24 52/4 53/21 53/25 54/13 60/3 60/13 60/14 60/20 64/10 64/10 64/23
Ms. Slaight [8] 12/13 13/15 28/13 30/17 35/4 37/7 40/15 60/14
Ms. Slaight's [1] 19/1
Ms. West [7] 18/24 40/16 41/5 43/21 46/18 60/3 64/23
Ms. Wilson [28] 3/13 3/25 4/17 4/23 5/6 5/24 6/12 6/17 7/21 24/4 27/5 33/24 43/3 44/4 44/18 44/22 46/18 46/23 47/14 48/22 49/24 52/4 53/21 53/25 54/13 60/13 60/20 64/10
Ms. Wilson's [1] 27/4
much [8] 12/8 24/8 25/9 35/2 50/1 51/22 52/1 65/23
multiple [14] 10/5 12/3 12/4 16/17 25/14 25/15 26/4 26/5 26/6 26/25 33/15 35/21 53/7 53/23
must [20] 48/7 51/23 55/11 55/12 56/4 56/9 56/13 56/19 57/17 59/17 61/6 61/7 61/8 61/12 61/18 62/1 62/4 62/19 63/19 64/12
mute [2] 5/21 5/24
my [54] 7/18 7/24 13/13 19/16 21/12 21/22 22/2 22/4 29/10 29/11 29/21 30/5 30/6 30/6 30/7 30/9 30/10 30/11 30/12 30/12 31/9

4/8 4/17 4/21 5/4 6/5 6/20 24/4 25/24 26/20 27/3 28/14 28/16 28/23 29/3 30/18 30/20 30/20 31/1 31/20 35/6 38/17 48/23 49/9 49/17 49/21 50/24 51/8 51/16 51/23 52/10 54/2
My family [1] 45/22
My husband [1] 45/5
myself [4] 30/4 45/18 46/13 47/9

**N**

name [1] 44/23
Nancy [1] 24/10
narrow [2] 16/19 44/13
natural [1] 13/2
nature [4] 17/2 30/8 48/7 48/17
NE [1] 2/7
near [1] 26/12
nearly [1] 53/13
necessarily [2] 32/16 33/6
necessary [2] 40/14 48/4
need [11] 22/19 22/20 37/8 39/24 39/25 47/23 48/9 48/16 52/15 54/18 54/19
needed [1] 48/14
needing [1] 17/6
needs [2] 23/18 31/14
negative [1] 13/10
neighborhood [1] 45/2
never [6] 18/18 27/5 45/19 45/21 46/20 47/11
nevertheless [2] 49/5 51/7
new [2] 59/20 64/16
next [1] 24/5
Nichols [1] 21/14
night [2] 19/8 20/17
nights [2] 20/2 20/9
no [21] 1/4 3/3 3/4 3/4 6/8 7/12 21/12 25/20 27/12 27/13 28/11 29/22 30/19 50/23 52/5 53/7 58/17 60/5 60/19 63/20 65/18
nobody [1] 39/23
Nodding [2] 55/22 55/23
noise [1] 5/22
non [2] 14/4 14/4
non-petty [2] 14/4 14/4
nonbinding [1] 10/13
None [1] 64/25
not [122]
note [5] 31/2 37/17 38/1 42/7 67/5
notes [2] 18/8 18/19
nothing [4] 7/2 7/8 34/17 52/16
notify [3] 58/24 59/3

now [6] 22/16 29/16 30/5 31/11 34/24 38/5
number [3] 22/3 23/6 37/4
NW [2] 2/3 2/14

**O**

objection [1] 7/14
objections [3] 7/10 60/4 64/24
objectives [1] 48/5
obligation [1] 58/25
obligations [4] 58/2 58/19 63/6 63/22
obstruct [1] 56/18
obvious [1] 13/23
obviously [3] 10/8 36/24 47/24
occasions [1] 49/22
occurred [2] 50/9 67/5
occurs [2] 9/13 9/14
odd [1] 20/17
offense [47] 8/4 8/6 9/3 9/6 9/6 9/8 9/8 9/13 9/14 9/15 9/17 9/19 10/3 10/6 10/17 10/21 11/7 11/11 11/19 11/21 11/23 11/23 12/1 12/5 12/11 12/20 12/21 12/22 14/3 14/4 14/7 14/8 15/8 15/15 15/15 15/16 16/14 16/14 16/18 17/20 21/11 48/8 48/10 48/12 48/18 59/23 64/19
offenses [13] 9/21 9/22 10/5 12/3 12/4 12/5 14/4 14/5 15/11 15/14 16/17 16/18 39/16
office [53] 2/7 3/9 24/10 24/15 24/17 24/17 24/20 24/22 24/24 25/10 25/13 25/14 26/5 26/20 26/22 27/20 28/5 42/15 43/1 49/4 49/6 49/8 49/8 49/9 49/12 49/14 52/25 53/1 56/6 56/8 56/11 56/23 56/24 57/7 57/10 58/3 58/18 59/6 59/8 59/12 61/11 61/18 61/21 61/22 61/25 62/8 62/11 62/23 63/7 63/21 64/5 64/7 66/1
officer [2] 2/11 42/9 56/4 56/14 62/3
officers [3] 38/21 46/8 49/2
offices [1] 42/16
Official [1] 2/13
Oh [1] 5/23
okay [31] 3/12 3/14 3/17 5/8 5/19 5/23 7/23 8/13 8/22 13/12 16/1 22/17 23/8 26/15 28/9 28/22 29/1 29/8 31/15 31/22 32/2 32/4 33/8

**O**

okay... [8] 34/4 35/3 36/13 37/8 44/21 46/22 60/10 60/12

once [4] 24/8 33/21 34/9 54/15

one [38] 5/20 8/5 9/10 9/15 10/5 10/14 10/20 10/24 11/23 12/13 13/3 14/7 14/7 15/9 15/15 16/18 17/18 20/12 20/17 20/21 20/21 21/16 22/25 24/1 24/2 24/16 25/20 25/23 37/4 38/1 38/7 38/9 45/9 45/25 50/24 53/10 54/15 61/8

one-year [1] 38/7

ones [1] 26/21

only [23] 9/10 9/12 9/14 9/21 10/14 10/20 13/7 15/18 16/16 22/23 25/20 25/20 25/23 35/24 36/11 36/14 37/23 38/9 40/19 41/16 52/6 53/1 65/9

open [1] 25/6

operating [1] 17/10

opinion [1] 13/20

opportunities [1] 33/16

opportunity [4] 36/19 37/5 40/18 40/19

order [4] 5/17 28/18 59/9 64/8

ordered [6] 55/2 58/2 60/11 60/22 63/6 63/11

ordinarily [1] 47/22

other [34] 9/16 10/14 12/1 15/7 15/16 19/5 19/16 20/2 20/4 20/8 20/9 24/2 26/3 31/4 35/21 36/12 37/1 39/17 39/18 50/3 50/24 52/11 54/5 54/13 54/15 55/9 57/8 57/14 58/2 61/13 62/10 62/15 63/7 65/22

others [6] 24/23 27/22 35/20 39/15 49/11 65/17

otherwise [2] 11/16 20/15

ought [4] 20/12 20/12 20/21 50/21

our [20] 7/13 10/12 10/23 11/20 17/5 23/11 29/12 29/15 30/14 39/14 45/4 45/23 45/24 46/3 46/10 46/11 46/14 46/14 46/15 51/11

ourselves [2] 45/24 46/4

out [13] 5/22 10/13 11/20 15/6 17/16 19/7 23/13 36/4 40/5 42/15 45/4 52/25 66/4

outer [2] 24/24 42/15

outpatient [1] 56/20

**P**

over [10] 6/1 6/4 21/16 23/12 29/6 37/24 41/8 45/12 47/5 52/23

overcome [1] 52/2

overtime [1] 35/17

owed [2] 58/17 63/19

own [5] 18/19 45/4 51/23 57/3 62/4

**P**

p.m [3] 47/18 47/18 66/6

page [5] 14/17 14/18 14/22 17/16 18/8

paid [2] 58/25 64/2

paintings [1] 25/11

pandemic [3] 4/14 17/11 67/6

panic [1] 35/15

panicked [5] 33/18 33/19 34/7 34/12 36/24

papers [2] 57/7 62/8

parent [1] 46/3

parents [2] 54/17 65/15

park [1] 52/5

part [9] 23/3 24/24 26/12 30/5 36/15 48/23 53/20 54/22 65/11

participate [2] 25/5 56/20

participated [1] 23/17

participation [2] 56/12 61/25

particular [1] 24/15

particularly [2] 16/15 37/14

pass [1] 50/8

passed [1] 17/23

past [3] 28/4 30/14 44/10

pay [12] 46/10 55/3 58/5 58/9 58/16 59/1 59/5 60/12 60/22 63/8 63/19 64/3

payable [2] 58/19 63/23

payments [4] 58/12 59/3 63/15 64/3

peaceful [1] 23/16

peacefully [1] 50/13

Pearce [4] 3/6 8/17 9/24 21/8

peculiar [1] 16/15

Pelosi's [3] 24/10 25/4 26/22

penalized [1] 39/17

penalties [1] 58/10

penalty [3] 38/5 59/1 64/11

people [22] 14/6 18/9 18/12 19/12 21/6 24/16 35/21 36/12 37/4 37/9 37/11 37/12 39/8 39/15 43/24 47/6 49/6 49/14 50/25 51/5 51/17 65/22 people [2] 59/18 39/18

pepper [2] 24/2 28/4 42/23

perhaps [1] 13/9

perimeter [1] 24/22

period [10] 9/12 9/14 17/5 18/4 20/10 53/16 53/19 57/17 62/18 65/12

periodic [1] 61/10

periods [3] 54/2 54/12 54/14

permissible [6] 18/3 30/25 31/3 31/6 31/13 31/22

permission [2] 60/1 64/21

permitted [3] 14/23 14/25 64/5

person [25] 4/3 4/7 4/9 4/12 4/18 5/10 8/17 9/15 9/22 11/11 14/3 15/16 19/13 30/8 36/4 36/7 38/8 39/20 42/9 45/19 53/1 53/10 57/6 62/7 65/3

personal [1] 25/10

persons [1] 15/14

petty [34] 9/6 9/8 9/13 9/14 10/6 10/17 10/21 11/21 11/23 12/10 12/21 14/3 14/4 14/4 14/4 14/17 14/24 14/24 15/8 15/11 15/15 16/14 16/17 16/18 21/11 37/19 37/20 37/21 37/25 38/5 38/12 38/15 39/2 39/11

Ph.D [1] 43/9

phone [1] 5/20

photo [1] 25/16

photographs [1] 42/18

picture [1] 25/25

pictures [2] 26/19 27/8 27/10 42/14

piece [2] 11/16 12/5

Pierce [1] 16/4

place [4] 22/6 29/13 60/4 64/24

placement [1] 61/9

plain [1] 15/20

Plaintiff [1] 1/4

plea [5] 40/2 40/5 42/3 59/23 64/19

pleading [4] 13/25 14/17 14/17 14/22

please [4] 11/2 46/6 46/16 67/5

pled [1] 41/16

plenty [2] 37/9 37/12

plural [2] 20/8 20/12

pockets [1] 45/4

point [8] 14/15 14/18 17/16 18/9 36/4 36/22 37/8 45/23

points [1] 7/20

police [1] 43/14 46/8

political [1] 30/8

politicians [1] 30/10

poor [1] 17/21

posed [2] 52/23 52/24

position [2] 19/2 54/17

positive [1] 42/7

Posley [1] 10/11

possess [4] 55/11 57/4 61/6 62/4

possible [3] 34/10 37/16 40/4

possibly [1] 30/12

post [4] 26/20 36/13 43/4 49/17

posted [6] 28/6 33/3 33/11 36/17 36/17 49/10

posting [2] 32/7 32/9

poverty [1] 46/2

power [3] 23/16 50/12 50/15

pre [1] 58/3

pre-approved [1] 58/3

precedes [1] 12/11

premise [1] 62/15

premises [1] 57/14

prepared [1] 4/3

presence [6] 49/13 49/18 49/23 49/24 49/25 50/18

present [3] 12/16 29/5 48/20

presentations [2] 47/20 65/2

presented [2] 22/23 23/1

Presentence [7] 6/5 6/13 7/10 35/10 59/7 59/12 64/6

President [3] 23/20 29/22 32/18

President Trump [1] 32/18

press [1] 36/1

pressing [1] 17/11

pretends [1] 39/23

pretrial [2] 42/8 42/9

pretty [1] 24/8

Prettyman [1] 2/14

prison [1] 53/11

Prisons [3] 19/24 22/6

private [7] 28/5 28/5 41/14 43/1 49/8 49/8 49/12

probably [2] 24/20 40/2

probation [55] 2/11 3/9 9/4 9/18 10/18 11/7 11/14 11/24 12/2 15/12 15/13 15/16 16/23 17/5 18/3 19/22 20/16 22/12 22/14 27/18 27/21 27/24 37/23 38/13 39/20 40/12 41/21 44/16 53/18 55/2 56/4 56/6 56/11 56/14 56/23 56/24 57/10 58/3 58/18

political [1] 30/8

Probation Office [13] 3/9 56/6 56/11 56/23 56/24 57/10 58/18 59/6 61/11 61/18 62/23 64/5 66/1

Probation's [2] 6/6 6/13

probationary [1] 6/23

problem [3] 13/6 19/15 60/19

problematic [1] 36/5

proceed [5] 3/19 3/25 5/12 5/16 5/17

proceeded [1] 24/2

proceeding [2] 4/4 5/1

proceedings [6] 1/10 2/17 29/23 47/12 66/6 67/4

process [2] 27/14 32/1

produced [1] 2/17

program [10] 56/12 56/12 56/21 56/22 57/18 57/19 62/1 62/1 62/20 62/20

prohibited [3] 42/12 42/18 56/17

prohibition [2] 21/3 21/10

promote [2] 40/19 48/11

Promoting [1] 52/12

property [6] 38/23 39/7 45/23 49/1 57/7 62/8

proposed [1] 17/18

prosecute [4] 38/16 38/17 38/20 38/22

prosecuted [1] 37/2 37/9 37/14

prosecution [1] 21/24

prosecutor [2] 41/25 42/2

protect [3] 45/24 48/13 52/15

proud [1] 32/10

provide [12] 23/10 24/21 27/8 48/11 48/13 50/3 56/4 56/13 58/18 61/18 62/1 63/20

provision [1] 21/15

proximity [1] 26/14

public [2] 48/13 52/15

publicly [2] 35/25 42/6

punishment [6] 40/25 41/19 42/7 48/12 52/13 53/24

punitive [2] 38/6 40/13

purely [1] 7/18

purpose [2] 14/19 15/2

purposes [2] 29/5 58/21

pursuant [2] 57/15 62/16

put [9] 8/13 40/23 41/3

**P**

put... [6]  44/6 53/12
54/16 65/8 65/8 66/4

**Q**

question [12]  8/15
10/15 10/16 19/3 19/4
20/4 26/3 30/18 31/9
31/16 42/14 46/24
questions [9]  8/20
25/1 42/4 42/4 47/1
42/20 47/21 60/3 60/17
quickly [1]  37/15
quite [2]  10/8 16/25
quoted [1]  10/18

**R**

radiofrequency [1]
62/23
raises [1]  43/10
rally [2]  23/20 48/21
ran [1]  42/25
rapidly [1]  33/21
rarely [1]  37/2
rate [2]  58/12 63/20
rates [1]  37/18
rather [1]  33/25
rationale [1]  16/21
Rau [1]  53/3
react [1]  34/11
reacted [1]  33/2
read [11]  9/10 9/11
9/20 11/12 16/15 28/17
28/24 38/3 40/24 43/18
44/20
reading [9]  9/24 10/2
12/8 13/2 15/20 15/20
16/20 16/23 20/18
ready [3]  3/19 3/21
3/25
real [1]  50/23
reality [1]  23/22
realize [3]  32/13 32/14
33/10
realized [8]  30/1 33/6
33/7 33/13 36/20 37/4
40/6 55/25
realizes [1]  35/6 35/7
really [19]  7/21 10/15
15/19 18/10 20/18
31/24 32/20 32/21 33/2
33/3 34/14 35/10 35/13
35/19 36/5 39/21 42/5
43/3 50/23
Realtime [1]  2/13
reason [2]  5/15 18/20
reasonable [6]  57/10
57/10 57/11 62/11
62/11 62/12
reasons [1]  28/8
recap [1]  48/19
receive [2]  15/16 15/17
received [8]  6/2 6/5
6/12 6/17 7/1 45/22
59/22 64/18
recent [1]  14/17
Recess [1]  47/18
recognition [4]  53/8

recognize [1]  17/10
recommend [1]  27/17
recommendation [6]
6/7 6/13 17/2 23/11
28/2 53/16
recommended [3]
27/21 27/25 56/22
record [11]  19/1 22/1
22/9 28/17 28/24 40/5
42/2 42/3 60/4 64/24
67/3
record-time [1]  42/3
recorded [1]  2/17
refer [1]  11/13
refers [1]  12/1
reflect [3]  36/20 48/10
52/10
reflected [2]  52/14
65/5
reflecting [1]  50/9
reflects [1]  51/18
Reform [7]  11/17 14/10
14/12 14/15 14/19 15/2
15/25
refrain [2]  55/11 61/7
regard [8]  4/13 7/13
19/3 40/22 40/25 42/7
42/11 42/21
register [1]  32/3
Registered [1]  2/12
regrettably [3]  50/14
51/4 51/20
regulations [3]  56/22
57/18 62/19
rehabilitation [1]  35/12
Reichler [2]  2/11 3/9
reimbursement [1]
58/14
relation [1]  14/10
release [18]  14/23
14/25 15/5 15/8 15/11
15/22 15/24 16/23
18/22 27/15 38/10 42/8
56/6 57/12 59/6 61/20
62/13 64/5
relevant [1]  12/9
relied [2]  10/11 14/1
religious [2]  57/25
63/4
remain [1]  19/23
remember [1]  32/8
remorse [2]  29/18 53/8
remorseful [1]  35/8
remote [1]  4/9
remotely [6]  4/4 4/13
5/2 5/12 5/17 67/7
reply [3]  6/10 17/14
19/1
report [8]  6/6 6/13 7/10
35/10 41/24 59/7 59/12
64/6
Reporter [4]  2/12 2/12
2/13 2/13
reporting [2]  66/3 67/7
request [4]  6/23 17/13
59/25 64/21
requested [2]  56/5

required [3]  43/22
47/22 48/2
residence [6]  57/7
57/24 59/9 62/8 63/3
64/8
residents [2]  57/14
62/15
resist [1]  50/7
resolve [1]  37/15
resolved [1]  7/17
respect [9]  8/16 11/10
18/2 46/22 48/11 52/12
54/25 60/20 63/13
respects [1]  52/22
respond [2]  8/20 16/2
response [1]  6/15
responses [1]  47/21
responsibility [6]
39/10 39/14 40/1 40/7
53/14 65/6
rest [1]  46/11
restitution [14]  55/13
55/15 58/7 58/12 58/16
58/21 59/2 61/12 61/14
63/11 63/14 63/15
63/19 64/3
restricted [3]  41/23
57/24 63/3
restriction [1]  63/1
restrictions [2]  41/23
57/23
retracted [1]  37/13
return [1]  59/11
reverse [1]  28/18
reviewed [4]  6/2 6/18
6/20 6/21
revocation [2]  57/13
62/14
right [46]  4/6 4/9 4/12
4/18 4/19 5/10 6/1 7/9
7/16 8/6 8/14 9/13
11/13 16/11 17/14 20/1
22/18 23/2 24/5 25/22
28/4 28/12 29/16 31/4
31/8 32/12 34/2 34/2
34/24 35/4 40/16 43/19
47/14 47/15 51/12
55/24 59/14 59/19 60/3
60/16 60/18 64/10
64/15 64/23 64/23
65/23
rights [2]  4/6 43/19
riot [1]  23/15
rioters [1]  26/9
rise [1]  13/6
risk [1]  45/20
risk-taker [1]  45/20
RMR [2]  67/2 67/11
room [6]  25/17 25/21
25/25 26/7 26/9 66/4
rooms [2]  25/15 26/4
Rotunda [1]  24/10
rule [2]  8/24 20/14
rules [3]  56/21 57/18
62/19

**S**

sacred [1]  23/15
sad [1]  51/10
said [30]  6/4 7/18
13/22 14/1 14/1 14/22
15/6 17/8 28/3 28/23
31/2 31/18 32/24 42/9
44/4 44/5 48/2 49/16
50/11 50/24 54/3 54/25
57/16 59/1 60/8 60/21
63/17 63/22 65/7 65/7
Salt [2]  1/15 55/25
same [32]  9/5 9/6 9/18
9/19 10/9 10/19 10/22
11/4 11/8 11/10 11/12
11/14 11/19 11/19
11/25 12/1 12/1 12/2
12/5 12/15 12/20 19/2
19/17 19/18 25/25
26/13 42/14 43/14
45/21 46/23 54/14
63/21
saw [3]  28/3 29/24
39/8
say [21]  12/19 13/18
13/22 18/6 21/2 24/22
27/7 29/2 29/9 35/5
36/13 43/13 43/18 45/7
50/5 50/16 51/15 54/3
60/6 60/9 65/4
saying [1]  35/19
says [6]  9/2 9/16 14/16
15/6 19/21 38/5
schedule [3]  58/20
59/2 64/3
school [1]  41/14
schoolteacher [1]
41/14
score [1]  8/3
screen [1]  29/6
search [8]  57/6 57/9
57/13 57/15 62/7 62/10
62/14 62/16
second [5]  5/20 8/6
12/13 22/23 41/6
section [2]  18/7 18/9
security [4]  30/3 41/3
45/23 46/8
see [3]  29/6 35/10
42/19
seeing [3]  34/8 47/4
47/6
seem [1]  65/18
seemed [1]  32/9
seems [2]  16/19 53/6
seen [4]  25/5 25/15
35/21 39/8
Senate [1]  24/5
sense [7]  12/18 20/14
24/19 32/3 38/13 49/7
51/1
sensitive [1]  28/6
sentence [40]  6/23
18/13 18/14 18/16
18/17 18/21 19/1 19/9 20/8
20/17 21/13 21/18
21/23 22/13 38/14
39/20 39/22 40/13

92/22 44/9 44/15 46/12
48/4 48/10 52/10 52/14
52/23 53/10 53/17
53/20 54/22 54/24
59/10 59/14 59/15
59/20 61/14 64/9 64/11
64/16 65/1
sentenced [23]  9/4 9/5
9/15 9/17 9/18 11/7
11/8 11/22 12/19 14/3
14/6 15/14 19/5 30/13
38/8 38/11 39/12 39/13
41/16 46/13 53/10 55/1
60/21
sentences [11]  14/13
14/15 15/3 16/7 16/24
17/13 18/10 21/4 21/11
48/15 54/1
sentencing [44]  1/10
3/18 4/4 4/10 4/12 4/20
5/10 5/12 5/18 6/2 6/8
6/10 6/14 6/15 7/25
9/23 11/10 11/10 11/17
14/10 14/12 14/15
14/19 14/20 15/2 15/25
21/6 22/19 22/24 23/4
23/12 37/20 38/2 39/5
42/11 48/5 50/8 50/25
53/12 53/16 54/2 54/11
59/24 64/20
serious [2]  38/15 38/15
seriously [1]  35/12
seriousness [1]  48/10
served [2]  22/7 54/12
serves [1]  8/4
service [3]  54/22 56/9
61/23
services [3]  57/1 57/25
63/4
serving [1]  54/14
set [5]  11/20 16/7
27/23 48/5 58/20
sets [1]  8/24
several [1]  47/7
severity [1]  40/6
shall [22]  55/5 55/10
56/2 56/16 56/18 57/3
57/6 57/14 58/7 58/12
58/16 58/23 59/1 59/3
59/11 60/25 61/23
61/25 62/7 62/15 63/25
64/2
share [2]  56/7 61/21
she [22]  13/22 19/1
27/5 33/25 41/13 41/13
41/15 41/16 41/16
41/20 42/24 42/25 43/1
43/4 43/11 43/20 44/6
44/11 44/12 44/19
44/19 44/20
she's [8]  34/3 41/19
41/22 41/24 42/8 42/10
44/10 44/13
shift [1]  35/21
shoes [1]  43/13
shortly [2]  19/21 26/23
shot [1]  24/1
should [7]  18/22 23/13

**S**

something [1] 5/20
11/9 30/25 44/5 46/4
49/17 50/14 50/20
51/20 65/15
somewhat [1] 47/4
soon [3] 40/3 40/4
49/18
sorry [9] 6/8 11/1 30/5
44/5 45/14 45/17 46/9
46/17 60/15
sort [9] 8/25 18/5 20/14
22/18 23/10 24/22
32/10 33/24 46/24
south [2] 1/14 24/11
space [2] 24/24 26/4
speak [2] 27/1 28/17
Speaker [2] 25/4 42/17
Speaker's [11] 24/15
24/20 25/14 25/16
25/21 26/19 49/4 49/9
49/14 52/25 53/1
Speaker's room [1]
25/21
speakers [1] 29/22
special [5] 55/3 56/2
60/6 60/12 60/23
specifically [3] 13/22
21/7 42/12
speech [1] 32/24
Spencer [2] 13/20
52/25
spend [1] 19/14
spends [1] 19/13
spent [2] 24/12 26/16
split [14] 14/13 14/14
14/20 15/3 16/7 16/24
18/9 18/13 18/15 18/17
18/21 21/3 21/11 38/2
spray [1] 24/2
sprayed [2] 28/4 42/23
squarely [1] 22/25
St [2] 2/3 2/7
staff [2] 24/23 30/1
staffers [1] 26/7
stain [2] 30/6 51/11
stand [1] 23/13
standard [4] 37/19
37/22 55/6 61/1
start [3] 8/14 23/4
54/16
state [2] 55/10 61/5
statement [7] 28/17
28/24 30/21 36/17
36/23 37/3 43/7
statements [7] 34/20
37/10 37/13 37/14
47/21 53/7 53/23
STATES [8] 1/1 1/3
1/11 3/3 22/2 27/17
55/4 55/18
States' [1] 28/2
statute [25] 8/24 10/7
11/5 12/19 13/14 14/6
14/9 14/24 15/5 15/12
15/12 15/13 15/20
15/21 15/22 17/18
17/22 17/23 18/7 21/7
21/19 38/3 38/4 48/6

should... [5] 36/25
37/24 39/12 39/17
48/15
shouldn't [1] 65/16
shows [2] 35/19 43/11
sic [1] 30/10
side [1] 24/11
significance [2] 8/11
35/7
significant [1] 50/21
similar [1] 42/4
simply [2] 12/19 47/12
since [4] 41/11 42/8
44/11 44/11
sincerely [1] 46/11
single [2] 10/17 26/5
singular [2] 20/12
20/13
sit [1] 27/1
situation [3] 10/24
16/16 33/7
six [3] 38/8 38/11
51/23
Slaight [10] 2/2 3/7
12/13 13/15 28/13
30/17 35/4 37/7 40/15
60/14
Slaight's [1] 19/1
slightly [1] 31/9
Smartlink [2] 57/21
62/24
so [65] 3/18 4/15 5/9
5/14 6/24 7/1 8/1 8/11
8/17 8/23 9/20 10/1
10/3 10/22 11/12 11/14
11/22 12/8 12/23 14/24
16/6 17/7 19/24 21/18
22/8 22/15 23/1 25/2
25/4 25/23 27/7 27/10
28/23 29/6 31/6 31/14
31/23 33/1 33/14 33/21
36/16 37/3 38/13 38/21
40/1 40/5 41/7 41/19
42/6 42/11 42/14 42/19
43/17 44/9 44/14 46/2
46/15 46/22 47/22 54/8
54/20 60/20 65/1 65/13
66/4
So I [1] 36/16
so I think [4] 8/11
11/22 16/6 44/9
So this [1] 37/3
so-called [1] 17/7
soapbox [1] 50/6
social [6] 32/7 32/9
33/11 41/2 49/10 49/17
social-media [2] 32/7
32/9
some [14] 10/16 16/22
17/12 22/20 24/18
24/25 27/9 31/14 34/1
49/7 51/1 51/6 53/24
56/15
somebody [7] 11/22
18/15 19/5 20/16 42/17
43/8 43/9
someone [1] 37/2

statutory [3] 12/10
59/16 64/12
steal [2] 23/20 46/7
stenography [1] 2/17
still [9] 5/16 7/19 9/8
13/13 15/19 37/19
41/23 41/24 48/2
stolen [2] 23/21 32/19
stop [2] 23/20 34/3
stopping [1] 47/11
storage [2] 57/8 62/9
story [1] 32/19
straight [4] 22/7 22/10
27/21 44/12
Strain [7] 1/13 3/6 8/15
17/1 28/10 42/1 56/1
strange [1] 8/23
Street [1] 1/14
stress [2] 35/22 35/23
stressful [1] 35/24
struggle [1] 41/20
struggling [2] 22/15
46/1
students [1] 41/15
stuff [2] 33/8 34/9
stupid [3] 27/8 47/8
47/13
subject [3] 57/15 62/15
67/6
submit [6] 56/16 57/6
57/13 61/8 62/7 62/14
submitted [2] 6/18
6/19
Subsection [1] 11/4
Subsection 3 [1] 11/4
subsequently [1]
11/20
substance [10] 55/11
55/12 56/16 56/18
56/19 56/21 58/1 61/7
61/8 63/5
such [7] 13/7 17/20
29/13 30/6 45/18 58/24
64/1
suddenly [1] 15/10
sufficient [1] 48/4
suggest [13] 9/11 9/20
10/2 16/16 17/20 18/10
18/19 20/23 27/10 32/9
37/22 39/11 50/21
suggested [2] 12/18
suggesting [1] 53/7
suggestion [1] 20/5
suggests [5] 11/8
20/10 20/11 20/15
52/17
Suite [1] 2/3
summer [2] 47/5 50/22
Sunday [1] 19/8
supervise [2] 56/11
61/25
supervised [8] 14/23
15/5 15/8 15/11 15/21
15/24 16/23 38/10
supervision [15] 15/4
15/10 15/23 16/22 55/5
55/7 55/8 55/16 57/3

61/15 62/4
supplemental [2] 6/22
8/20
supports [1] 42/22
suppose [3] 20/7 20/15
20/18
supposed [1] 52/11
sure [16] 3/19 4/5 4/17
5/2 7/1 8/5 12/14 16/4
17/15 18/24 20/13 25/8
25/19 37/11 40/11
43/14
surrendered [1] 40/3
suspicion [2] 57/11
62/12
sweetest [1] 44/25
swept [1] 45/13
swing [1] 41/7

**T**

table [2] 25/11 26/9
tactical [1] 27/12
take [10] 19/2 26/19
29/20 30/11 33/20 34/8
37/24 43/15 46/12
47/15
taken [3] 15/6 51/3
52/1
taker [1] 45/20
takes [1] 35/12
taking [5] 12/8 30/3
42/13 42/18 65/6
talk [5] 17/17 18/11
36/3 36/16 37/5
talking [3] 9/2 43/8
43/9
tamper [1] 56/18
tear [1] 24/1
technological [1] 67/7
technology [5] 57/20
57/22 62/18 62/22
62/25
tell [5] 27/2 33/14
33/16 41/25 43/19
telling [1] 32/18
temporal [1] 26/13
ten [3] 8/10 8/10 21/17
term [13] 6/23 9/4 9/5
9/9 9/17 9/19 10/17
11/7 12/20 16/22 19/6
55/1 60/21
termination [1] 59/13
terms [8] 10/7 17/11
32/8 38/1 51/15 52/11
52/9 54/24
terrible [1] 51/10
Terrific [1] 3/17
test [1] 61/8
testing [2] 56/17 56/19
tests [1] 61/10
text [1] 16/21
than [20] 8/7 8/10 9/15
14/7 15/7 15/9 20/10
28/19 34/24 38/6 38/15
40/13 48/4 49/11 51/7
52/9 58/17 59/16 63/20
64/11

thank [22] 4/13 5/25
16/5 23/9 28/11 29/7
29/9 30/16 30/20 40/15
40/17 41/9 42/5 44/16
44/17 47/14 47/17
47/19 65/2 65/23 65/24
66/5
thank you [14] 5/25
23/9 28/11 29/7 29/9
30/16 40/15 40/17 41/9
44/16 44/17 47/17
47/19 65/24
Thanksgiving [1] 45/6
that [375]
that's [37] 7/1 7/4 7/6
7/18 7/21 10/10 11/4
11/25 12/9 13/4 15/18
18/16 18/20 19/9 19/10
19/24 20/20 21/3 22/8
22/9 28/19 28/20 33/11
37/8 39/11 41/19 42/25
44/3 44/13 46/20 48/4
50/13 50/20 55/25
59/20 60/16 64/15
their [35] 4/5 4/6 5/10
5/21 5/24 6/22 15/25
17/21 18/8 18/19 19/9
19/13 26/19 27/1 27/15
37/5 37/15 39/25 41/4
43/18 47/20 47/21
48/25 49/3 49/11 49/13
49/18 49/24 50/1 50/3
54/14 54/15 54/19
54/20 65/15
them [22] 14/16 16/11
18/17 25/6 26/25 27/2
29/24 30/2 36/10 39/8
40/24 43/18 43/19 45/5
48/19 51/4 51/4 51/24
52/17 54/18 65/17 66/3
theme [1] 41/18
themselves [1] 4/3
then [30] 4/2 6/2 6/3
6/10 8/14 8/24 8/25 9/8
10/19 11/3 11/19 12/16
14/5 16/25 22/11 22/19
23/2 23/24 24/2 24/6
24/19 26/23 28/7 32/24
33/14 39/22 47/7 54/16
55/25 60/13
there [46] 6/9 6/19 7/10
7/22 9/20 9/21 10/3
10/17 10/20 12/16
12/24 13/1 13/8 14/2
16/17 18/19 20/10
21/18 22/1 22/9 24/23
25/4 26/6 29/7 30/23
31/22 32/23 33/1 33/9
34/16 36/15 37/9 37/11
39/8 41/8 43/16 43/17
47/7 49/4 49/5 49/10
49/13 49/16 52/22 53/6
53/19
there's [11] 7/2 11/9
21/10 25/20 26/6 36/1
41/2 50/23 52/7 52/15
52/16
thereafter [1] 61/10

**T**

therefore [1] 58/5 58/9 63/9 67/6

these [15] 15/3 19/11 23/19 23/24 27/16 27/23 40/20 40/21 41/19 42/13 42/17 46/16 50/6 52/16 54/12

they [97]

they're [5] 4/6 5/25 18/16 40/21 43/5

they've [4] 35/20 37/13 41/3 43/6

thing [8] 19/18 22/4 25/12 26/22 34/10 36/5 43/14 47/10

things [9] 11/15 23/13 24/16 36/1 45/9 45/15 46/16 54/5 54/18

think [75]

thinking [4] 20/1 33/4 33/9 33/22

third [1] 21/17

this [88]

This is [1] 3/3

those [16] 6/20 11/15 17/13 17/23 22/16 25/1 27/9 27/16 27/24 28/8 39/15 42/20 54/1 55/8 56/21 61/4

though [3] 14/15 20/13 41/15

thought [11] 7/20 30/25 31/2 31/15 31/16 31/25 32/23 33/12 47/9 55/24 60/8

thoughtful [1] 47/20

thoughts [1] 47/16

threatening [1] 49/1

threats [2] 41/2 45/22

three [4] 14/2 27/3 43/2 49/22

through [11] 18/18 24/4 24/5 27/9 30/23 40/23 45/10 46/25 48/22 48/23 65/21

throughout [1] 41/18

thus [1] 17/11

time [43] 9/5 9/18 11/4 11/8 11/12 11/14 11/18 12/1 12/2 12/3 12/5 12/20 20/3 20/5 20/6 20/6 20/9 22/22 24/7 30/10 31/12 31/21 32/14 40/5 41/11 42/2 42/3 43/2 43/20 45/15 46/14 54/12 54/15 57/10 58/24 62/11 64/1 64/24 65/19

times [6] 26/25 27/3 35/21 43/2 57/24 63/3

titled [1] 67/4

today [5] 5/2 14/14 40/18 53/14 65/3

together [2] 24/6 65/9

told [5] 23/21 27/5 32/3 43/3 51/2

**U**

took [5] 25/24 36/21 40/2 40/6 52/25

torn [1] 29/15

total [1] 26/16

tour [1] 42/13

tours [1] 42/13

track [1] 37/20

tradition [2] 23/16 50/12

traditional [1] 23/3

traditionally [1] 28/19

traffic [1] 8/7

training [1] 48/14

transcript [3] 1/10 2/17 67/3

transcription [1] 2/17

transferred [1] 55/17 61/16

transition [3] 23/16 50/12 50/15

treated [2] 20/12 20/13

treatment [5] 56/21 58/1 59/11 59/13 63/5

trespass [1] 24/3

trespassed [1] 23/25

tried [1] 52/5

triple [1] 13/10

trouble [1] 51/24

true [2] 11/25 36/24

truly [5] 45/14 46/9 46/17 51/19 52/7

Trump [3] 23/21 29/22 32/18

truth [3] 27/2 33/14 33/16

truthful [3] 34/15 49/21 49/22

try [7] 18/17 27/11 27/11 34/14 44/9 50/21 52/8

trying [6] 13/13 14/14 19/18 21/21 43/10 50/7

turkey [1] 45/5

turn [4] 4/2 6/3 32/24 60/13

two [22] 6/18 9/21 9/22 11/15 12/5 14/4 14/4 15/14 16/17 18/5 20/7 21/20 23/19 41/11 43/10 44/24 45/25 46/3 51/22 52/16 61/9 65/10

two-parent [1] 46/3

type [2] 33/5 33/12

U.S [7] 37/17 37/20 37/23 39/13 58/13 63/16 64/7

U.S. [4] 27/20 56/8 61/17 61/22

U.S. Attorney's Office [3] 27/20 56/8 61/22

U.S. District [1] 61/17

U.S.C [8] 6/22 8/16 18/2 48/3 55/11 60/23 61/13 64/14

**W**

ultimately [2] 49/23 50/15

unable [1] 26/14 54/17 59/25

unafraid [1] 35/20

unavailable [2] 59/21 64/16

unbelievable [1] 42/1

unclear [1] 26/13

under [9] 5/16 10/6 17/4 17/10 20/18 21/15 26/8 38/14 48/3

undergo [1] 56/19

understand [12] 4/5 4/18 4/21 4/23 7/21 26/6 29/11 29/12 30/22 31/13 33/25 36/25

understanding [1] 31/21

undisputed [1] 37/18

undoubtedly [1] 45/9

unfortunate [1] 36/18

unfortunately [3] 27/2 36/14 43/16

Unit [1] 1/2

UNITED [9] 1/1 1/3 1/11 3/3 22/2 27/17 28/2 55/4 55/18

United States [3] 22/2 27/17 55/18

United States of [1] 3/3

United States' [1] 28/2

universe [1] 16/19

unlawful [2] 55/12 61/7

unlawfully [1] 38/25 55/11 61/6

unless [6] 9/4 9/18 11/7 12/19 43/22 58/20

unpublished [1] 10/14

unrealistic [1] 35/15

until [2] 58/24 64/1

unusual [3] 36/5 36/6 36/8

unwarranted [1] 48/16

unwise [1] 24/21

up [26] 20/6 21/16 25/6 25/16 26/1 29/24 29/24 32/17 32/21 33/1 33/1 35/11 38/2 40/9 43/11 45/5 45/12 45/13 45/18 46/5 47/8 47/9 47/12 48/21 51/20 65/15

upbringing [1] 52/4

upon [3] 57/11 59/12 62/12

us [6] 29/16 42/2 42/3 45/22 46/12 66/4

USAO [1] 1/13

usdoj.gov [1] 1/16

use [2] 55/12 61/7

used [5] 10/19 17/19 56/17 57/22 62/25

using [1] 5/25

usually [1] 45/18

UT [1] 1/15

**W**

various [1] 52/20

vehicle [2] 57/7 62/8

verification [4] 56/13 58/18 62/2 63/21

versa [2] 20/13

versus [2] 3/4 22/2

very [17] 14/25 16/2 16/19 16/25 20/17 30/9 30/10 35/1 35/9 35/24 36/5 36/7 43/6 51/9 51/22 52/1 65/23

via [2] 1/10 3/10

vice [1] 20/13

victimized [1] 51/1

victory [1] 23/23

video [10] 4/10 25/23 25/24 26/18 26/19 28/6 36/11 36/17 43/4 49/18

videoconference [1] 3/10

videos [6] 27/8 27/10 36/10 36/13 39/9 50/3

view [1] 7/24 9/25 10/23 13/1 17/5 17/25 18/5 23/17 27/22 51/8 51/16

violated [1] 31/6

violation [3] 8/7 57/12 62/13

violence [6] 25/3 28/3 39/6 42/23 45/22 50/16

virtue [2] 19/24 51/18

visited [1] 45/2

visits [2] 58/1 63/6

vocational [1] 48/14

voice [2] 57/21 62/24

voluntarily [1] 5/10

voting [1] 30/10

vs [1] 1/5

**W**

waive [2] 4/3 4/9

waived [2] 57/19 62/21

waives [4] 4/12 58/5 58/10 63/9

waiving [4] 4/6 5/10 63/13

walk [2] 25/6 52/5

walked [1] 28/4

wall [1] 25/11

want [22] 3/18 4/5 5/2 27/7 27/10 28/18 28/19 29/1 29/9 30/11 31/2 33/23 34/5 35/5 36/4 36/22 41/25 51/8 54/8 54/11 54/16 65/22

wanted [8] 4/12 15/3 15/9 15/10 15/23 23/1 23/5 42/5

warn [2] 57/14 62/15

was [100]

Washington [7] 1/5 2/4 2/8 2/15 23/19 29/21 48/20

wasn't [6] 22/7 25/8 31/6 32/4 32/16 43/17

water [1] 45/3

**W**

way [10] 8/13 9/11 10/14 15/18 18/17 18/20 21/3 24/18 49/3 53/12

ways [4] 12/24 13/9 14/2 50/25

we [72]

We got [1] 45/12

We saw [1] 29/24

we will [2] 30/13 46/10

we'll [4] 6/3 23/3 46/14 46/15

we're [5] 3/18 42/12 42/18 43/8 43/9

we've [6] 13/7 30/14 39/8 41/22 46/2 46/14

weapon [2] 57/5 62/6

weapons [1] 27/13

week [2] 18/5 21/20

weekends [7] 19/9 19/9 20/2 20/9 21/16 21/19 52/23

weeks [2] 17/5 20/7

weighty [1] 8/12

weird [1] 22/4

well [12] 7/24 10/10 14/5 16/21 19/19 22/18 27/7 31/19 53/12 54/6 55/6 61/1

went [7] 22/6 24/8 24/9 27/9 29/21 44/6 47/11

were [44] 6/18 6/19 10/5 12/23 14/2 14/6 24/6 24/8 24/16 24/23 25/17 26/7 26/7 26/8 26/12 26/12 27/13 30/2 30/23 30/24 32/10 32/22 32/23 33/12 35/15 37/13 39/8 41/15 43/13 43/14 43/22 48/20 48/25 49/4 49/16 49/20 49/20 51/1 51/2 51/3 51/6 51/20 53/7 55/25

weren't [3] 34/16 43/16 43/22

West [10] 2/6 2/7 3/8 18/24 40/16 41/5 43/21 46/18 60/3 64/23

Western [2] 55/18 61/17

what [52] 4/5 6/1 6/4 8/8 10/10 12/17 13/22 14/1 14/13 15/19 18/16 19/20 20/4 20/15 21/21 22/9 22/15 24/14 24/19 25/10 26/6 27/22 29/13 32/17 35/19 36/6 36/13 36/20 37/1 40/23 41/22 42/4 42/22 44/3 44/9 44/10 45/8 45/11 46/6 46/24 50/9 51/13 51/18 51/23 52/2 65/5 65/13 65/14

what's [2] 4/14 19/11

whatever [1] 5/25

when [28] 9/14 9/21

**when... [26]** 10/16 11/9 11/17 16/10 17/21 17/23 18/11 25/5 30/22 31/12 31/20 32/22 32/24 33/1 33/6 33/13 36/15 36/16 36/19 37/14 42/4 42/24 43/4 43/11 44/9 49/20

**where [15]** 10/17 10/24 13/7 15/14 16/17 19/5 23/20 23/25 41/14 43/3 53/3 54/17 54/18 55/20 55/25

**whether [2]** 8/17 24/22

**which [37]** 6/24 9/22 10/6 10/12 10/21 11/8 11/11 13/20 14/7 14/13 14/14 14/17 15/24 16/18 16/19 17/10 18/21 19/14 20/17 21/7 22/25 25/17 32/8 32/9 38/2 39/16 41/21 42/2 46/24 50/11 50/25 52/22 55/7 58/20 59/8 61/2 64/7

**while [9]** 24/24 36/17 41/8 55/5 55/8 57/3 60/25 61/3 62/4

**whispering [1]** 33/24

**who [17]** 9/3 9/16 11/6 14/6 23/17 26/12 28/3 29/15 37/12 39/9 39/15 39/21 39/21 43/10 49/11 51/18 51/20

**whoa [1]** 33/8

**whole [1]** 19/13

**wholly [1]** 29/10

**whom [1]** 27/24

**why [14]** 7/21 12/15 12/18 17/2 28/13 30/24 31/2 31/4 31/16 33/11 33/14 39/19 41/1 51/24

**widely [2]** 16/13 16/13

**wife [8]** 29/21 30/13 34/12 35/14 35/16 35/25 41/8 44/24

**wife's [1]** 49/23

**will [41]** 12/6 22/21 23/12 29/16 30/13 45/8 45/10 45/21 46/10 47/16 51/15 52/10 52/13 52/17 53/17 53/19 53/21 53/21 54/1 54/4 54/6 54/7 54/8 54/11 54/12 54/16 55/16 56/11 57/16 57/19 57/22 57/23 60/11 60/21 62/17 62/23 62/25 63/15 65/8 65/16 65/21

**William [3]** 2/12 67/2 67/11

**WILSON [86]**

**Wilson's [2]** 27/4 60/14

**Wilsons [16]** 4/2 4/16 5/9 5/13 25/2 25/5 25/17 26/11 27/12

53/14 65/4 66/2

**Wilsons' [1]** 26/24

**window [3]** 24/4 24/6 48/24

**windows [1]** 25/11

**wing [2]** 24/5 24/10

**wish [2]** 65/20 65/23

**within [11]** 24/22 40/19 40/20 56/10 58/23 59/17 61/9 61/24 61/24 63/25 64/13

**without [8]** 17/6 25/9 33/9 44/16 45/16 50/8 60/2 64/22

**witness [1]** 28/2

**witnessed [2]** 24/1 42/24

**witnessing [2]** 28/3 42/23

**won [1]** 23/22

**won't [2]** 23/11 54/14

**wonder [1]** 12/15

**word [2]** 10/22 12/15

**wording [2]** 14/6 17/17

**words [9]** 9/16 10/9 12/1 17/19 17/23 20/8 31/4 40/10 54/13

**wore [1]** 27/12

**work [5]** 10/10 18/11 18/12 18/22 40/5

**worked [5]** 30/14 33/1 35/17 46/2 46/14

**working [2]** 39/21 51/19

**workload [2]** 35/14 35/17

**world [1]** 37/18

**worried [4]** 34/12 34/13 36/2 43/12

**worry [1]** 41/1

**worse [1]** 34/24

**worst [1]** 34/10

**worthy [1]** 53/24

**would [46]** 7/19 10/4 10/6 12/24 13/10 13/18 15/5 15/6 15/6 15/11 15/19 15/23 16/15 16/24 17/8 17/20 18/6 18/10 18/19 18/25 19/1 19/16 20/17 20/23 21/25 28/16 29/20 30/17 36/16 37/17 37/22 37/22 38/6 38/14 39/11 40/13 43/25 44/14 44/18 44/19 44/20 45/16 47/22 50/7 51/21 54/9

**wouldn't [5]** 10/4 12/18 14/5 15/12 43/13

**wrap [2]** 13/13 40/9

**written [5]** 12/25 13/3 56/13 62/2 65/3

**wrong [9]** 29/14 31/14 31/18 32/10 33/6 36/14 44/5 45/11 46/6

**wrongdoing [1]** 53/8

**wrongly [1]** 33/2

**yeah [9]** 16/5 19/19 21/5 21/9 32/24 32/25 33/6 34/6 37/7

**year [6]** 15/9 29/11 35/23 38/7 38/9 45/13

**years [4]** 8/10 8/10 29/17 47/7

**years' [1]** 38/13

**yes [21]** 3/15 3/16 3/20 3/22 3/25 4/8 4/22 4/25 5/5 5/7 13/17 22/13 24/25 28/15 28/21 29/4 34/22 36/6 40/17 44/19 66/2

**yet [1]** 21/23

**you [234]**

**you know [1]** 52/4

**you understand [2]** 4/18 4/21

**you'd [3]** 28/24 60/4 64/24

**you'll [3]** 55/1 55/2 60/22

**you're [10]** 5/3 11/9 18/15 34/18 43/3 43/11 43/12 43/24 63/3 63/11

**you've [4]** 12/17 27/20 40/10 52/2

**young [2]** 51/23 65/10

**your [98]**

**Your Honor [40]** 3/2 3/20 3/22 3/24 4/8 4/11 4/22 4/25 5/7 7/5 7/6 7/12 7/18 8/19 10/8 12/12 13/17 16/3 18/6 18/23 22/1 23/5 23/9 25/19 28/11 29/9 30/19 33/19 34/22 35/5 40/17 43/16 43/23 44/14 44/19 46/16 46/20 47/3 60/5 64/25

**yourselves [3]** 51/2 52/6 65/9

**Z**

**ZACHARY [6]** 1/6 2/2 3/4 3/7 3/23 7/4

**Zaremba [3]** 2/12 67/2 67/11

**zero [1]** 7/19

**ZOOM [1]** 1/10